| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | MARC M. GORELNIK (State Bar No. 166833) |
| 2 | MARY L. SHAPIRO (State Bar No. 201199) |
| 3 | Two Embarcadero Center, Eighth Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 576-0200 |
| | Facsimile: (415) 576-0300 |
| 5 | Email: mmgorelnik@townsend.com |
| | mlshapiro@townsend.com |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | WIND OF TRADE LLC |



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company, | Case No. |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| v. | |
| MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation, | |
| Defendant | |

**NOTICE OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Joseph Enterprises, Inc.

Dated: December 12, 2007                TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Marc M. Gorelnik
Mary L. Shapiro

*Attorneys for Plaintiff*
WIND OF TRADE LLC

61232071 v1