TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  mmgorelnik@townsend.com
        mlshapiro@townsend.com

Attorneys for Plaintiff
WIND OF TRADE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company,<br><br>             Plaintiff,<br><br>       v.<br><br>MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation,<br><br>           Defendant. | Case No. CV 07 6280SC<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

      Plaintiff Wind of Trade LLC ("Wind of Trade") moved *ex parte* for a temporary restraining order and order to show cause against defendant Mostag International, Inc. ("Mostag").  Having considered the argument and evidence submitted by Plaintiff, and having provided Defendant with an opportunity to respond, the Court determines that good cause exists for Plaintiff's request, which is GRANTED subject to the limitations of this Order.

      IT IS HEREBY ORDERED that defendant, shall show cause before this Court on _____, at _____ __.m., in Courtroom 1, at 450 Golden Gate Avenue, San Francisco, California, or as soon thereafter as counsel may be heard, why an order pursuant to Federal Rule of Civil Procedure 65 should not be entered, granting the plaintiff a preliminary injunction,

*Wind of Trade LLC v. Mostag International, Inc.*
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION
Case No. CV 07 6280SC

1

1   enjoining the defendant and all those acting in concert with defendant, from using the OVE GLOVE

2   trademark, the graphic design shown below, or confusingly similar variations thereof in connection

3   with the sale, offering for sale, promotion, distribution or manufacture of hot surface handlers such as

4   oven mitts.



Enjoined Graphic Design

10      IT IS FURTHER ORDERED that, pending the show cause hearing set forth in this Order, the

11  defendant, its agents, servants, employees, attorneys, successors, and assigns, and all persons, firms,

12  corporations, acting in concert with the defendant, be and are hereby temporarily restrained from sale,

13  offering for sale, promotion, distribution or manufacture of hot surface handlers such as oven mitts

14  and related goods and packaging that bear either:

15      1)  the term OVE GLOVE;

16      2)  the enjoined graphic design; or

17      3)  terms or designs confusingly similar to the forgoing.

18      IT IS FURTHER ORDERED that this temporary restraining order is conditioned upon the

19  plaintiff filing with the clerk of this court an undertaking in the form of a bond, company check or

20  cash, in the amount of $10,000, to secure the payment of costs and damages not to exceed that sum as

21  may be suffered or sustained by any party who is wrongfully restrained by this order.

Dated: _____                    _____

                                               Hon. Samuel Conti

                                               UNITED STATES DISTRICT JUDGE

61229739 v1

*Wind of Trade LLC v. Mostag International, Inc.*
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION
Case No. CV 07 6280SC