**EXHIBIT 1**



**About Us   Products   Shop Online   Store Locator   Register your Product   Contact Us**

# Store Locator

## Select a product from the List

 Here are a list of participating retailers.
Our products sell quickly so we recommend calling your local retailer to make sure product is in stock before visiting store."

Click the Store name below to find store near ➜

## Ove Glove is available at:

### Products

Chia Pet - Chia Head

Famous Chia

Chia Catgrass

Chia Herbgarden

Clapper

Clapper Plus

Classic Pen Set

Ove Glove

Handy Man's Ove Glove

Rainbow Fast Fit














JEI Store Locator



**JEI** JOSEPH ENTERPRISES

About Us | Products | Shop Online | Store Locator | Register your Product | Contact Us

# Store Locator

## Select a product from the List

Here are a list of participating retailers.
Our products sell quickly so we recommend calling your local retailer to make sure product is in stock before visiting "store."

Click the Store name below to find store nea[r] →

**Products**

- Chia Pet - Chia Head
- Famous Chia
- Chia Catgrass
- Chia Herbgarden
- Clapper
- Clapper Plus
- Classic Pen Set
- Ove Glove
- Handy Man's Ove Glove
- Rainbow Fast Fit

Ove Glove is available at:












fry's

GIANT EAGLE

Haggen FOOD & PHARMACY

Hannaford

KERR DRUG

Kinney DRUGS — *Experience The Difference!*

Kitchen & Company

KITCHEN COLLECTION

meijer

MENARDS

OSH Orchard Supply Hardware

Polsteins

kmart

Kroger

King's QUALITY FOODS



JEI
JOSEPH ENTERPRISES

About Us | Products | Shop Online | Store Locator | Register your Product | Contact Us

# Store Locator

### Select a product from the List

↓ Here are a list of participating retailers.
Our products sell quickly so we recommend calling your local retailer to make sure product is in stock before visiting store."

Click the Store name below to find store near

Ove Glove is available at:

**Products**

Chia Pet · Chia Head

Famous Chia

Chia Catgrass

Chia Herbgarden

Clapper

Clapper Plus

Classic Pen Set

Ove Glove

Handy Man's Ove Glove

Rainbow Fast Fit

Publix®

*Ralphs*

READING
CHINA & GLASS

RITE AID



®SHOPPERS

*SNYDERS* Drug Stores

SPOONS 'n SPICE · kitchenware ·

Target®

TRADER HORN

*Walgreens*

WAL-MART

Wegmans

Westlake ACE

Winn Dixie
Getting better all the time.



**EXHIBIT 2**

AsSeenOnTV.com - The Official Site for As Seen On TV - Best Prices! Order Now!365... Page 1 of 5

Case 3:07-cv-06280-MMC   Document 5-2   Filed 12/4/2007   Page 6 of 27

The Official Site
AsSeenOnTV.com™

**Happy Holidays**

Shopping          Powered By

☐ **Kitchen**          ☐ **Fitness/Diet**   ☐ **Household**    ☐ **Personal Care**   ☐ **Auto/Cycle**     ☐ **Tools/Outdoor/Pe**

☐ **Books/Audio/Video**   ☐ **Gifts/Novelty**   ☐ **Electronics**   ☐ **Kids Corner**    ☐ **Special Events**   ☐ **Close Outs**

Search [_____] [GO]        ▷ **Add AsSeenOnTV.com to Your Favorites**

**The Official Site for As Seen On TV Products and More\* at Great**
**We Currently Offer Over 1400 As Seen On TV Products and Other Spe**





LIVE HELP
**Currently Offline**
Leave Message

**Shipping\***
Contiguous United States
**N7K4D377**
PROMO CODE
\*Bonuses and Express
Shipping Excluded

**AQUADOTS
SAFETY RECALL**
CLICK HERE
FOR IMPORTANT
INFORMATION
430 ILCS125/17(b)

## Results of your search for "glove".

### There are 3 products matching your search crite



### Boot And Glove Dryer
The Boot And Glove Dryer is the gentle and convenien
quickly dry your shoes, boots, gloves and other access
Attachable top pan allows the addition of Baking Soda
deodarize as it dries! Great for home, work and stude

### EZ Peel Gloves - Buy 1 Get 1 Free - - The Offic
### AsSeenOnTV.com
EZ Peel Gloves are like no kitchen gloves you've seen
before.



### Ove Glove - AsSeenOnTV.com Official Site
Pipping hot pans and sizzling skillets can create dange
kitchen, but now you can protect yourself from painfu
while creating a culinary master piece, with The 'Ove'

**EXHIBIT 3**





Piping hot pans and sizzling skillets can create danger in the kitchen, but now you can protect yourself from painful burns while creating a culinary master piece, with The Ove Glove®.

The 'Ove' Glove is made from an outer layer of DuPont NOMEX and KEVLAR - the same materials used in firefighter's gloves . Combined, these two materials make the 'Ove' Glove fire and heat resistant, withstanding extreme temperatures up to 540 degrees F. The thermal properties of the 'Ove' Glove outer layer dramatically extend the time a person can handle a hot object.

The tough exterior of the glove forms a thermal isolation barrier, slowing the temperature increase in the interior layer of double-knit cotton. Even when exposed to an open flame, the outer layer of the glove will not catch fire or melt, so it is perfect for use when you want to flambé!



The 'Ove' Glove Features:

A five fingered flexible grip that can be used on your left or right hand, , and makes everything from sautéing to scrambling easy.

Non-Slip Silicone Grip helps you handle those slippery dishes.

The inner layer is made of soft double-knit cotton and is machine washable.

The 'Ove' Glove also protects fingers from getting grilled during the BBQ season.

The 'Ove' Glove, get one for the chef in your family!





Register your product



**EXHIBIT 4**



**EXHIBIT 5**



**EXHIBIT 6**



PROTECTIVE KITCHEN APPAREL
AS TO HEAT AND FLAME RESISTANCE ONLY
MAXIMUM HOT SURFACE TEMPERATURE 540°F
1LF9

OMNI · TEST LABORATORIES, INC.
TESTING FOR SAFETY
AND THE ENVIRONMENT

# WITHSTANDS Extreme Heat
## up to 540°F





# The 'Ove'Glove®
## HOT SURFACE HANDLER




The 'Ove'Glove® is great for the kitchen, the barbeque and handling other hot surfaces around the house or projects around the home. The 'Ove'Glove® dramatically extends the time you can handle a hot object in your hands.

The tough exterior layer of the glove (made of Nomex® and Kevlar®) is designed as a thermal insulator to slow the temperature increase in the soft, doubleknit cotton interior of the glove. If exposed to an open flame, the outer layer of the glove is flame resistant and does not melt.

WARNING:  This product extends the time to handle hot objects. It is NOT a permanent protection against fire or heat. Do not use this glove with steam or while glove is wet. Can result in injury if not used according to instructions.





JOSEPH ENTERPRISES, INC.
425 California Street, Suite 300
San Francisco, CA 94104
Telephone: 800-345-6992
E-Mail: jei@jeiusa.com
www.oveglove.com

'Ove' Glove® is a registered trademark (or application is pending) worldwide.
'Ove' Glove® by Joseph Enterprises
A Quality Joseph Enterprises Product
© 2007 Joseph Enterprises, Inc.
Made in South Korea

0  21363 50100  3

**EXHIBIT 7**

Hello. Sign in to get personalized recommendations. New customer? Start here.

It's never too early to shop ⊙
and get FREE Super Saver Shipping
Restrictions Apply

Your Account | Help

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards

Holiday Toy List    Camping & Hiking    Cycling    Exercise & Fitness    Fan Gear    Golf    Sales & Deals    Sports Clothes    Shoes    50% Off

**Sports & Outdoors**

| MOSTAG INTERNATIONAL ▾ |

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.



See larger image and other views

Share your own customer images

# New Improved Original Ove Glove Hot Surface Handler with Non-slip Silicone Grip

Other products by Mostag

No customer reviews yet. Be the first. | More about this product

Price: ~~$19.99~~
Sale: **$12.99**
You Save: $7.00 (35%)

Availability: In Stock. Ships from and sold by **MOSTAG INTERNATIONAL**.



Quantity: 1 ▾

or

Sign in to turn on 1-Click ordering.

Add to Wish List ▸

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a friend

# Customers Who Bought Items Like This Also Bought

**EXHIBIT 8**

Amazon.com: Ove Glove - Get A Grip On Hot Pots And Pans!: Kitchen & Dining

Page 1 of 7

Hello. Sign in to get personalized recommendations. New customer? Start here.

It's never too early to shop ⊙
and get FREE Super Saver Shipping
Restrictions Apply

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help

**Kitchen & Dining**

Browse Brands & Products | Bestsellers | Cookware | Small Appliances | Tableware | Cook's Tools | Outlet

[MOSTAG INTERNATIONAL ▓]

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.



## Ove Glove - Get A Grip On Hot Pots And Pans!

Other products by Mostag

No customer reviews yet. Be the first.

Price: ~~$49.99~~
Sale: **$12.99**
You Save: $7.00 (35%)

Availability: In Stock. Ships from and sold by MOSTAG INTERNATIONAL.

Quantity: [ 1 ]

[ Add to Shopping Cart ]

or

Sign in to turn on 1-Click ordering.

[ Add to Wish List ▸ ]

[ Add to Shopping List ]

[ Add to Wedding Registry ]

[ Add to Baby Registry ]

[ Tell a friend ]



See larger image and other views

Share your own customer images

## Product Features

**EXHIBIT 9**

Hello. Sign in to get personalized recommendations. New customer? Start here.

It's never too early to shop ⊠
and get FREE Super Saver Shipping
Restrictions Apply

| | | | | | | Your Account | Help |

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards

Kitchen & Dining

Browse Brands & Products    Bestsellers    Cookware    Small Appliances    Tableware    Cook's Tools    Outlet

|MOSTAG INTERNATIONAL ⊠|

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

## OVE GLOVES -- Nomex®Made of DuPont NOMEX & KEVALR , Withstands heat up to 540 degrees Farenheit

Other products by Mostag

☆☆☆☆☆ ⊠ (1 customer review)



See larger image and other views

Share your own customer images

Price: ~~$25.80~~

**Sale:** **$12.50**

**You Save:** $13.30 (52%)

**Availability:** In Stock. Ships from and sold by **MOSTAG INTERNATIONAL.**

Quantity: |1  ▼|

( Add to Shopping Cart )

or

Sign in to turn on 1-Click ordering.

Sign in to turn on 1-Click ordering.

| Add to Wish List | ▼ |

( Add to Shopping List )

( Add to Wedding Registry )

( Add to Baby Registry )

( Tell a friend )

## Better Together

**EXHIBIT 10**

Amazon.com: OVE GLOVE (2 GLOVES VALUE PACK) -- Extra Long Cuff Provide Extra Protection for Wrist & Arm , No...    Page 1 of 8

It's never too early to shop ⊙
and get FREE Super Saver Shipping
Restrictions Apply

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards                     Your Account | Help

| Browse Brands & Products | Bestsellers | Grills & Smokers | Patio Furniture | Outdoor Décor | Outlet |

**Patio & Garden**

| MOSTAG INTERNATIONAL ▾ |

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.

See larger image and other views

Share your own customer images

**OVE GLOVE (2 GLOVES VALUE PACK) -- Extra Long Cuff Provide Extra Protection for Wrist & Arm , Nomex® --Made of DuPont NOMEX & KEVALR ,Withstands heat up to 540 degrees Farenheit.**
Other products by Mostag

★★★★★ ☑ (1 customer review)

~~Price: $49.99~~
**Sale: $31.99**
**You Save:** $18.00 (36%)

**Availability:** In Stock. Ships from and sold by MOSTAG INTERNATIONAL.

Quantity: | 1 ▾ |

(🛒) Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.

| Add to Wish List   ▸ |

| Add to Shopping List |

| Add to Wedding Registry |

| Add to Baby Registry |

| Tell a friend |

Page 1 of 10

# Customers Who Bought Items Like This Also Bought

**EXHIBIT 11**

★★★★½ (2)

Health & Personal Care: See all 4 items



**Ove Glove Oven Mitt AS SEEN ON TV TELEVISION** by Ove Glove

Buy new: ~~$16.95~~ **$14.95**

Sports & Outdoors: See all 4 items

12. 

**(2 Gloves Value Pack),new Designed, Both Sides Silicone Palm Provide Excellent Grip, Hot/heat Stopper -- Nomex®made of Dupont Nomex & Kevalr ,Withstands Heat up to 540 Degrees Farenheit** by Mostag

Buy new: ~~$55.60~~ **$34.35**    3 Used & new from $25.98

In Stock

Office Products: See all 5 items

13. 

**Hand And Glove: The Path (Hand and Glove)** by Bob E. Genz (Paperback - Jun 25, 2007)

Buy new: **$17.95**    2 Used & new from $17.95

Usually ships in 3 to 5 days

Eligible for **FREE** Super Saver Shipping.

★★★★★ (2)

**Excerpt** - Front Cover: "... + Handan The Path AAA^~& ove tool ,~• . r . ..."

Surprise me! See a random page in this book.

Books: See all 9 items

14. 

**OVEN GLOVE (2 GLOVES VALUE PACK) -- Extra Long Cuff Provide Extra Protection for Wrist & Arm , Nomex® --Made of DuPont NOMEX &**

15.