**EXHIBIT A**

MOSTAG INTERNATIONAL @ Amazon.com: Mostag





New Improved Original Ove Glove Hot Surface Handler with Non-slip Silicone Grip
$~~$14.99 $12.99

8.

Ove Glove - Get A Grip On Hot Pots And Pans!
$~~$19.99 $12.99

9.







2 Pairs, Superior Thorn Shield Washable Leather Gloves, Men's
$~~$49.99 $35.90

7.

3 Pairs -- Women's Assorted Canvas Flower Print, Suede Leather Palm, Thumb and Fingertips, Knit Wrist to Keep Dirt Out
$~~$14.99 $9.99

11.

SOFT JERSEY ® KIDS Gloves, Assorted Flower Print Jersey, Knit Wrist-- 3 PAIRS
$~~$5.99 $3.99

12.

SOFT JERSEY® Garden Gloves, Assorted Print Flower, PVC dots palm, knit wrist, 3 Pairs
$~~$10.50 $7.80

10.

**EXHIBIT B**

**EXHIBIT B-2**

Hello. Sign in to get personalized recommendations. New customer? Start here.

It's never too early to shop ⊡
and get FREE Super Saver Shipping
Restrictions Apply

Your Account | Help

| Your Amazon.com | Today's Deals | Bestsellers | Gifts & Wish Lists | Cookware | Small Appliances | Tableware | Cook's Tools | Outlet |

Gift Cards

Kitchen & Dining    Browse Brands & Products

[MOSTAG INTERNATIONAL]

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.

## Ove Glove - Get A Grip On Hot Pots And Pans!

Other products by Mostag

No customer reviews yet. Be the first.

Price: $19.99
Sale: $12.99
You Save: $7.00 (35%)

Availability: In Stock. Ships from and sold by MOSTAG INTERNATIONAL.

Quantity: [ 1 ⋁ ]

[ Add to Shopping Cart ]

or

Sign in to turn on 1-Click ordering.

[ Add to Wish List | ▸ ]

[ Add to Shopping List ]

[ Add to Wedding Registry ]

[ Add to Baby Registry ]

[ Tell a friend ]



See larger image and other views

Share your own customer images

## Product Features

**EXHIBIT C**

**Kitchen & Dining**

Browse Brands & Products    Bestsellers    Cookware    Small Appliances    Tableware    Cook's Tools    Outlet

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards

Hello. Sign in to get personalized recommendations. New customer? Start here.

**It's never too early to shop** ☑
and get FREE Super Saver Shipping
Restrictions Apply

Your Account | Help

| MOSTAG INTERNATIONAL ▾ |

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

# OVE GLOVES -- Nomex®Made of DuPont NOMEX & KEVALR ,Withstands heat up to 540 degrees Farenheit

Other products by Mostag

★★★★★ ☑ (1 customer review)

Price: ~~$25.80~~
Sale: **$12.50**
You Save: $13.30 (52%)

**Availability:** In Stock. Ships from and sold by **MOSTAG INTERNATIONAL.**

Quantity: | 1 ▾ |

(🛒 **Add to Shopping Cart**)

or

Sign in to turn on 1-Click ordering.

| Add to Wish List ▸ |
| Add to Shopping List |
| Add to Wedding Registry |
| Add to Baby Registry |
| Tell a friend |



See larger image and other views

Share your own customer images

---

**Better Together**

**EXHIBIT D**

**It's never too early to shop**
and get FREE Super Saver Shipping
Restrictions Apply

Your Account | Help

Hello. Sign in to get personalized recommendations. New customer? Start here.

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

| Your Amazon.com | Today's Deals | Bestsellers | Gifts & Wish Lists | Grills & Smokers | Gift Cards | Patio Furniture | Outdoor Décor | Outlet |

**Patio & Garden**    Browse Brands & Products

[ MOSTAG INTERNATIONAL ▾ ]



See larger image and other views

Share your own customer images

## OVE GLOVE (2 GLOVES VALUE PACK) -- Extra Long Cuff Provide Extra Protection for Wrist & Arm , Nomex® --Made of DuPont NOMEX & KEVALR ,Withstands heat up to 540 degrees Farenheit.

Other products by Mostag

★★★★★ ▾ (1 customer review)

~~Price: $49.99~~
**Sale: $31.99**
**You Save: $18.00 (36%)**

**Availability:** In Stock. Ships from and sold by **MOSTAG INTERNATIONAL**.

Quantity: [ 1 ▾ ]

🛒 **Add to Shopping Cart**

or

Sign in to turn on 1-Click ordering.

[ Add to Wish List | ► ]

[ Add to Shopping List ]

[ Add to Wedding Registry ]

[ Add to Baby Registry ]

[ Tell a friend ]

## Customers Who Bought Items Like This Also Bought



**EXHIBIT E**

TOWNSEND
*and*
TOWNSEND
*and*
CREW
⌐ L L P

**San Francisco**

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

mlshapiro@townsend.com

November 30, 2007

# URGENT

*VIA CERTIFIED MAIL (Return Receipt Requested)*

Mr. William Pan
Manager
Mostag International
P. O. Box 84
Croydon, PA 19021

> Re:    Wind of Trade LLC
>         Unauthorized Use of **'OVE' GLOVE** Trademark and **Design** Mark
>         Our File No. 021466-000900US

Dear Mr. Pan:

We represent Wind of Trade LLC in trademark and other intellectual property matters. Through Joseph Enterprises, Inc., an authorized distributor, Wind of Trade sells, advertises, and markets the **'OVE' GLOVE** hot surface handler. The company owns the **'OVE' GLOVE** trademark (Registration No. 2,683,417) and has used the trademark since 2001. In addition, Wind of Trade has pending design mark applications for the silicon patterns on its hot surface handler product (Application Serial Nos. 77/009,941 and 77/262,146) (hereafter the "**Design** mark").

Wind of Trade has spent millions of dollars, making millions of impressions every year, promoting its **'OVE' GLOVE** hot surface handler to consumers. Through the substantial efforts and expenditures of our client, the **'OVE' GLOVE** mark and the **Design** mark, have acquired considerable goodwill, and, thus, are two of our client's most valuable assets. To preserve the value of these assets, our client is committed to vigorously protecting the **'OVE' GLOVE** marks from unauthorized use by others.

Our client recently learned that Mostag International ("Mostag") is marketing and selling products that embody the trademark and design mark protected under Wind of Trade's statutory and common law rights. See <u>Exhibit A</u>, product presentations posted on Amazon. Mostag is distributing and selling:

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

William Pan
Mostag Intenational
November 30, 2007
Page 2

1. **"New Improved Original 'OVE' GLOVE Hot Surface Handler with Non-Slip Silicone Grip"** See <u>Exhibit B-1</u>. **"'OVE' GLOVE-Get a Grip On Hot Pots and Pans!"** See <u>Exhibit B-2</u>.

Mostag repeatedly represents that its product is an "'OVE' GLOVE Hot Surface Handler," an express representation designed to lead the consumer to believe that the product is a genuine **'OVE' GLOVE** hot surface handler, a product designed and manufactured by Wind of Trade and exclusively distributed by Joseph Enterprises, Inc.

Moreover, the design of the non-slip silicon grip is identical to the design of the non-slip silicon grip that Wind of Trade uses as its design trademark, both on the product and on the product packaging, which **Design** mark is the subject of Application Serial No. 77/009,941. At <u>Exhibit C</u>, the Wind of Trade product is being promoted right next to the Mostag product at issue, clearly showing that the silicon grip design is identical to our client's trademark.

2. **"'OVE' GLOVES – Nomex®Made of DuPont NOMEX & KEVALR [sic],Withstands heat up to 540 degrees Farenheit [sic]"** See <u>Exhibit D-1</u>. **"OVE GLOVE (2 GLOVES VALUE PACK) – Extra Long Cuff Provide Extra Protection for Wrist & Arm, Nomex® -- Made of DuPont NOMEX & KEVALR [sic],Withstands heat up to 540 degrees Farenheit [sic]"** See <u>Exhibit D-1</u>.

Mostag's use of 'OVE' GLOVES or OVE GLOVE is an unauthorized use of Wind of Trade's registered trademark. The generic term for this type of product is "hot surface handler" or "oven mitt." It is not "'OVE' GLOVE," which is a registered trademark in the United States and many other countries worldwide.

The **'OVE' GLOVE** mark being used by Mostag to market its oven mitt is Wind of Trade's registered mark (Reg. No. 2683417). The silicon grip design being used by Mostag on its product is identical to the **Design** mark that is the subject of Application Serial No. 77/009,941. Wind of Trade's trademarks are being used by Mostag, without authorization, on identical goods that are sold to the same customers and distributed through the same channels of trade. Customers and prospective purchasers are likely to be confused about the source of the respective goods or, at the very least, to believe that there is an affiliation between Wind of Trade and Mostag.

We demand that Mostag cease all use of the **'OVE' GLOVE®** and **Design** marks on the Internet and withdraw and destroy all print materials that identify Mostag's hot surface handler product as an 'OVE' GLOVE product, including but not limited to the exemplar marketing materials attached to this letter. Furthermore, in order for us to calculate an appropriate

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

William Pan
Mostag Intenational
November 30, 2007
Page 3

settlement of the liability of Mostag to Wind of Trade in this dispute, we require that you send us an accounting setting forth the amount of products Mostag has sold under the 'OVE' GLOVE mark. In addition, send us all purchase orders and invoices for such products, along with cost sheets and supporting documentation showing costs you directly incurred in Mostag's production and sale of hot surface handler products under the 'OVE' GLOVE mark.

Wind of Trade seeks to resolve this matter without litigation, though it is entitled to seek statutory remedies, including Mostag's profits, any damages sustained by Wind of Trade, and attorneys' fees and costs associated with an action, if Wind of Trade were forced to litigate this case. Provided that Mostag cooperates fully by advising us immediately in writing that it will cease all use or planned use of the **'OVE' GLOVE** mark and the **Design** mark and provide us with an accounting, Wind of Trade would be agreeable to resolving this matter amicably.

This matter is of great concern to Wind of Trade. Please contact us no later than **December 7, 2005** to advise whether you will comply with the above demands. If we do not hear from you by that time, we will assume that you are not interested in pursuing an amicable resolution to this matter and will advise our client of its options accordingly. Nothing in this letter should be construed as limiting our client's rights or remedies.

Sincerely,

Mary L. Shapiro

MLS
Enclosures
cc:    Wind of Trade LLC
        Marc M. Gorelnik, Esq.
61220713 v1

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

William Pan
Mostag Intenational
November 30, 2007
Page 4

bcc:    Michael Hirsch and Kyra Schlebrowski, Joseph Enterprises, Inc. (via email)



MOSTAG INTERNATIONAL @ Amazon.com:

Page 1 of 6

**EXHIBIT A**

Hello. Sign in to get personalized recommendations. New customer? Start here.

It's never too early to shop ⊙
and get FREE Super Saver Shipping
Restrictions Apply

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards

Your Account | Help

MOSTAG INTERNATIONAL 🔍

**MOSTAG INTERNATIONAL**

Showing 1 - 24 of 193 Results

« Previous | Page: **1**  2  3  …  | Next »

**Brand**

**Any Brand**

Joseph Enterprises (2)
As Seen On TV (1)
Mostag (76)
Mostag Gloves (1)
West Chester (9)
Magla Products (2)
Kenwood (6)
Boss Manufacturing
  Company (3)
BOSS MFG COMPANY (1)
FlexTuff (1)
WELLS LAMONT CORP (3)
Texas America Safety
  Company (10)
Perfect Fit (2)
ATLAS GLOVE CONSUMER
  PRODUCTS (1)
Majestic (2)
› See more…

**Listmania!**

1.

New Improved Original 'Ove'
Glove Hot Surface Handler with
Non-slip Silicone Grip
~~$20.99~~ $12.99
★★★★☆ (21)
› Show only Joseph Enterprises Items

2.

The Original Ove Glove SET of 2
As Seen on TV
~~$29.99~~ $21.90
★★★★★ (9)
› Show only As Seen On TV Items

3.

OVE GLOVE (2 GLOVES VALUE
PACK) -- Extra Long Cuff Provide
Extra Protection for Wrist &
Arm , Nomex® --Made of DuPont
NOMEX & KEVALR, Withstands
heat up to 540 degrees
Farenheit.
~~$40.99~~ $31.99
★★★★★ (1)
› Show only Mostag Items

4.

5.

6.

**EXHIBIT B-1**

Hello. Sign in to get personalized recommendations. New customer? Start here.

It's never too early to shop ☉
and get FREE Super Saver Shipping
Restrictions Apply

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards

Your Account | Help

| Sports & Outdoors | Holiday Toy List | Camping & Hiking | Cycling | Exercise & Fitness | Fan Gear | Golf | Sales & Deals | Sports Clothes | Shoes | 50% Off |

[ MOSTAG INTERNATIONAL ☷ ]

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.



See larger image and other views

Share your own customer images

**New Improved Original Ove Glove Hot Surface Handler with Non-slip Silicone Grip**

Other products by Mostag

No customer reviews yet. Be the first.| More about this product

Price: $19.99
Sale: $12.99
You Save: $7.00 (35%)

Availability: In Stock. Ships from and sold by MOSTAG INTERNATIONAL.

Quantity: [ 1 ⇅ ]

[ (button) ]

or

Sign in to turn on 1-Click ordering.

[ Add to Wish List ▸ ]

[ Add to Shopping List ]

[ Add to Wedding Registry ]

[ Add to Baby Registry ]

[ Tell a friend ]

## Customers Who Bought Items Like This Also Bought

**EXHIBIT B-2**

Page 1 of 7

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards

Hello. Sign in to get personalized recommendations. New customer? Start here.

It's never too early to shop ⊙
and get FREE Super Saver Shipping
Restriction Apply

Your Account | Help

Kitchen & Dining

Browse Brands & Products    Bestsellers    Cookware    Small Appliances    Tableware    Cook's Tools    Outlet

| MOSTAG INTERNATIONAL |

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.



MOSTAG

See larger image and other views

Share your own customer images

## Ove Glove - Get A Grip On Hot Pots And Pans!

Other products by Mostag

No customer reviews yet. Be the first.

Price: $19.99
Sale: $12.99
You Save: $7.00 (35%)

Availability: In Stock. Ships from and sold by **MOSTAG INTERNATIONAL**.

Quantity: 1

or

Sign in to turn on 1-Click ordering.

Add to Wish List ▶

Add to Shopping List

Add to Wedding Registry

Add to Baby Registry

Tell a Friend

## Product Features

**EXHIBIT C**

11/28/2007

MOSTAG INTERNATIONAL @ Amazon.com:







**SOFT JERSEY® Garden Gloves, Assorted Print Flower, PVC dots palm, knit wrist, 3 Pairs**
$10.50 $7.80
› Show only Mostag Items

15.

**Double Leather Palm Work Glove**
$6.99 $5.99
› Show only Magla Products Items

18.





**Ove Glove - Get A Grip On Hot Pots And Pans!**
$19.99 $12.99
› Show only Mostag Items

14.

**SOFT JERSEY ® KIDS Gloves, Assorted Flower Print Jersey ,Knit Wrist-- 3 PAIRS**
$5.99 $3.99
› Show only Mostag Items

17.



**Ove Glove**
$19.99 $12.90
› Show only Joseph Enterprises Items

13.

**3 Pairs -- Women's Assorted Canvas Flower Print, Suede Leather Palm, Thumb and Fingertips, Knit Wrist to Keep Dirt Out**
$13.99 $9.99
› Show only Mostag Items

16.





# EXHIBIT D-1

Hello. Sign in to get personalized recommendations. New customer? Start here.

It's never too early to shop ⊙
and get FREE Super Saver Shipping
Restriction Apply

Your Amazon.com

Your Account | Help

Browse Brands & Products    Today's Deals    Bestsellers    Gifts & Wish Lists    Cookware    Gift Cards    Small Appliances    Tableware    Cook's Tools    Outlet

Kitchen & Dining

MOSTAG INTERNATIONAL

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.

## OVE GLOVES -- Nomex®Made of DuPont NOMEX & KEVALR, Withstands heat up to 540 degrees Farenheit
Other products by Mostag

★★★★☆ ⊙ (1 customer review)

**Price:** $25.80
**Sale:** $12.50
**You Save:** $13.30 (52%)

**Availability:** In Stock. Ships from and sold by MOSTAG INTERNATIONAL.

Quantity: 1

or
Sign in to turn on 1-Click ordering.

Add to Wish List ▸
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

See larger image and other views

Share your own customer images

## Better Together

# EXHIBIT D-2

Hello. Sign in to get personalized recommendations. New customer? Start here.

It's never too early to shop ⊙
and get FREE Super Saver Shipping
Restriction Apply

Your Amazon.com

Your Account | Help

| Patio & Garden | Browse Brands & Products | Today's Deals | Bestsellers | Gifts & Wish Lists | Grills & Smokers | Gift Cards | Patio Furniture | Outdoor Décor | Outlet |

MOSTAG INTERNATIONAL

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.

See larger image and other views

Share your own customer images



## OVE GLOVE (2 GLOVES VALUE PACK) -- Extra Long Cuff Provide Extra Protection for Wrist & Arm , Nomex® --Made of DuPont NOMEX & KEVALR ,Withstands heat up to 540 degrees Farenheit.
Other products by Mostag

★★★★★ ⊙ (1 customer review)

Price: ~~$49.99~~
Sale: **$31.99**
You Save: $18.00 (36%)

Availability: In Stock. Ships from and sold by MOSTAG INTERNATIONAL.

Quantity: [ 1 ]

[ Add to Cart ]

or

Sign in to turn on 1-Click ordering.

[ Add to Wish List ▸ ]

[ Add to Shopping List ]

[ Add to Wedding Registry ]

[ Add to Baby Registry ]

[ Tell a friend ]

Page 1 of 10

## Customers Who Bought Items Like This Also Bought

**EXHIBIT F**

```
        ***********************
        ***   TX REPORT   ***
        ***********************


    TRANSMISSION OK

    TX/RX NO              4133
    RECIPIENT ADDRESS     12157816606#6366
    DESTINATION ID
    ST. TIME              11/30 10:39
    TIME USE              05'17
    PAGES SENT            10
    RESULT               OK
```

# TOWNSEND
*and*
# TOWNSEND
*and*
# CREW
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111-3834
Tel 415 576-0200
Fax 415 576-0300

## FACSIMILE COVER SHEET

| Date:<br>**November 29, 2007** | Client & Matter Number:<br>**021466-000000US** | No. Pages (including this one):<br>**10** |
|---|---|---|
| To:<br>**Mr. William Pan, Manager**<br>**Mostag International** | At Fax Number:<br>**215-** ▓▓▓▓ <br>*781-6606* | Confirmation Phone Number:<br>**215-537-1191** |
| **From:**  Mary L. Shapiro | | (0366) |

**Message:**

**EXHIBIT G**


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 1670 0013 5777 0041**
Status: **Refused**

Your item was refused by the addressee at 12:47 PM on December 5, 2007 in CROYDON, PA 19021 and is being returned to the sender. Information, if available, is updated every evening. Please check again later.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.          No FEAR Act EEO Data          FOIA

**EXHIBIT H**

**Hello.** Sign in to get personalized recommendations. New customer? Start here.

**7 days left to order** ⊘ using FREE Super Saver Shipping
Restrictions Apply

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards

Your Account | Help

Want it by Dec. 24?

Amazon.com

| Mostag International

**Amazon Kindle** — Amazon's revolutionary wireless reading device.

The world's best newspapers, magazines, blogs and over 90,000 books auto-delivered to you wirelessly on a screen so paper-like, it begs to be read. Learn more

**Category**
**Any Category**
Sports & Outdoors (60)
Home Improvement (50)
Home & Garden (16)
Office Products (5)
Health & Personal Care (4)
Automotive (1)
Apparel (1)

**Listmania!**

Hard Core Tailgating: A list by Captain Hero

Grilling Essentials: A list by Spyce

▶ Create a Listmania! list

**Search Listmania!**

**"Mostag International"**

Showing Top Results

« Previous | **Page:** **1**  2  3  | Next »

1.    **OVEN GLOVE (2 GLOVES VALUE PACK) -- Extra Long Cuff Provide Extra Protection for Wrist & Arm , Nomex® --Made of DuPont NOMEX & KEVALR ,Withstands heat UP 540 degrees.** by San Jamar

Buy new: $61.99 **$31.99**    4 Used & new from $31.99

In Stock

**Home Improvement:** See all 50 items

2.    **Cowhide Leather Palm Work Gloves , Rubberized Safety Cuff , 6 Pairs** by Mostag

Buy new: $22.90 **$15.90**    2 Used & new from $15.90

In Stock

**Sports & Outdoors:** See all 60 items

3.     **2 Pairs --Thorn Shield , Washable Leather Garden Gloves, Rubberized Safety Cuff, Women's** by Mostag

Buy new: $44.99 **$11.90**    2 Used & new from $11.90

In Stock

**Home & Garden:** See all 16 items

Amazon.com: Mostag International

Page 2 of 7



4.

**(2 Gloves Value Pack),new Designed, Both Sides Silicone Palm Provide Excellent Grip, Hot/heat Stopper -- Nomex®made of Dupont Nomex & Kevalr ,Withstands Heat up to 540 Degrees Farenheit** by Mostag

Buy new: $65.50 $39.46    3 Used & new from $25.98

In Stock

Office Products: See all 5 items



5.

**Grill Helper -- "HEAT RESISTANCE" Barbecue Extra Long Suede Leather Gloves, 100 % Cotton Lining** by Mostag Gloves

Buy new: $35.99 $23.99

In Stock

Health & Personal Care: See all 4 items



6.

**Heavyweight PVC Over Polyester Raincoat, Sold By 2 Suits** by Mostag

Buy new: $18.60 $14.60

Apparel: See all items



7.

**Cotton Canvas, Black PVC Dots on Palm & Index Finger, Large -- 3 Pairs** by MOSTAG

Buy new: $6.99 $3.99

Automotive: See all items

ADVERTISEMENT

**EXHIBIT I**

Amazon.com: ove glove

Page 2 of 7

**Addict"**

▶ Create a Listmania! list

**Search Listmania!**

[GO]

**Home & Garden:** See all 15 items



4.  **New Improved Original 'Ove' Glove Hot Surface Handler with Non-slip Silicone Grip** by Joseph Enterprises

    Buy new: $~~$16.69~~ **$12.88**    4 Used & new from $12.85

    In Stock

    **Home Improvement:** See all 7 items



5.  **HOT/HEAT STOPPER, Nomex®Made of DuPont NOMEX & KEVALR ,Withstands heat up to 540 degrees Farenheit** by Mostag

    Buy new: $~~$25.80~~ **$10.99**    3 Used & new from $10.99

    In Stock

    ★★★★★ (1)

    **Home & Garden:** See all 15 items



6.  **Oven Glove,(2 Gloves Value Pack) New Designed, Both Sides SILICONE PALM provide excellent Grip, HOT/HEAT STOPPER, Nomex® --Made of Dupont Nomex® & Kevalr® ,Withstands Heat up to 540 Degrees Farenheit.** by Mostag

    Buy new: $~~$40.00~~ **$25.99**

    In Stock

    ★★★★★ (1)

    **Home & Garden:** See all 15 items

7.  **Oven Glove,New Designed, Both Sides SILICONE PALM provide excellent Grip, HOT/HEAT STOPPER, Nomex® --Made of Dupont Nomex® & Kevalr® ,Withstands Heat up to 540 Degrees Farenheit.** by Mostag

Amazon.com: ove glove



The Westin
Indulge
Your Passions
Experience

- Champagne & strawberries
- Breakfast in bed
- 4pm late checkout

Book Now ▸

"This is how it should feel."

WESTIN
HOTELS & RESORTS

---

8.



Buy new: $29.99 $12.50    2 Used & new from $12.50

In Stock

**Home & Garden:** See all 15 items

---

**New Improved Original 'Ove' Glove Hot Surface Handler with Non-slip Silicone Grip** by JOSEPH ENTERPRISES, INC.

Buy new: $149.50 $12.88    5 Used & new from $12.88

In Stock

**Home Improvement:** See all 7 items

---

9.



**Ove Glove Hot Surface Handler- single glove**

Buy new: $12.99

In Stock

**Home & Garden:** See all 15 items

---

10.



**Oven Glove, New Designed, Both Sides Silicone Palm Provide Excellent Grip, Hot/heat Stopper, Nomex® --Made of Dupont Nomex® & Kevalr® ,Withstands Heat up to 540 Degrees Farenheit.** by Mostag

Buy new: $29.99 $12.50    2 Used & new from $12.50

**Sports & Outdoors:** See all 4 items

---

11.

**Handy Man's 'Ove' Glove Hot Surface Handler, 1 Glove (Pack of 2)** by Ove Glove

Buy new: $29.98 $27.63

Get it by **Tuesday, Dec 11** if you order in the next **23 hours** and choose one-day shipping. Eligible for **FREE** Super Saver Shipping.

---

**EXHIBIT J**

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

Reg. No. 2,683,417

## United States Patent and Trademark Office

Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## 'OVE' GLOVE

JOSEPH ENTERPRISES, INC. (CALIFORNIA CORPORATION)
425 CALIFORNIA STREET
SUITE 1300
SAN FRANCISCO, CA 94104

    FOR: OVEN MITT, IN CLASS 24 (U.S. CLS. 42 AND 50).

    FIRST USE 9-0-2001; IN COMMERCE 12-0-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLOVE" , APART FROM THE MARK AS SHOWN.

    SER. NO. 76-401,053, FILED 4-26-2002.

GENE MACIOL, EXAMINING ATTORNEY

**EXHIBIT K**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 11 04:07:24 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE 'OVE' GLOVE |
| **Goods and Services** | IC 024. US 042 050. G & S: Oven mitt |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 09.01.11 - Other linens including pot holders; Pot holders |
| | 26.05.15 - Four or more triangles; Triangles - four or more |
| | 26.05.21 - Triangles that are completely or partially shaded |
| | 26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s) |
| | 26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal |
| **Serial Number** | **77009941** |
| **Filing Date** | September 28, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 15, 2007 |
| **International Registration Number** | 0909156 |
| **Owner** | (APPLICANT) Wind of Trade LLC LTD LIAB CO NEVADA Hughes Center, Suite 170-A 3763 Howard Hughes Parkway Las Vegas NEVADA 89109 |
| **Attorney of Record** | Mary L. Shapiro |
| **Prior Registrations** | 2683417 |
| **Description of Mark** | The mark consists of Picture of oven mitt with words. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT L**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 11 04:07:24 EST 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | THE 'OVE' GLOVE |
| **Goods and Services** | IC 024. US 042 050. G & S: Oven mitt |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.07 - Arms; Fingers; Hands; Human hands, fingers, arms<br>26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)<br>26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal |
| **Serial Number** | 77262146 |
| **Filing Date** | August 22, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Wind of Trade LLC CORPORATION NEVADA Hughes Center, Suite 170-A 3763 Howard Hughes Parkway Las Vegas NEVADA 89109 |
| **Attorney of Record** | Mary L. Shapiro |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a picture of a glove using vertical lines to indicate fingernail location, horizontal lines to indicate finger lenght and palm width and blank space near the bottom containing the words "The 'Ove' Glove. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **TOP** | **HELP**

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY