AO 120 (Rev. 2/99)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following ☐ Patents or    X Trademarks:

| DOCKET NO.<br>CV 07-06280 SC | DATE FILED<br>12/12/07 | U.S. DISTRICT COURT<br>450 Golden Gate Avenue, 16th Floor San Francisco, CA 94102 |
|---|---|---|
| PLAINTIFF<br>WIND OF TRADE LLC | | DEFENDANT<br>MOSTAG INTERNATIONAL INC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1    see complain | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Alfred Amistoso | DATE<br>December 13, 2007 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**