

TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  mmgorelnik@townsend.com
        mlshapiro@townsend.com

Attorneys for Plaintiff
WIND OF TRADE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WIND OF TRADE LLC, a Nevada limited
liability company,

                        Plaintiff,

            v.

MOSTAG INTERNATIONAL, INC., a
Pennsylvania corporation,

                        Defendant.

Case No.  CV 07 6280MMC

**PROOF OF SERVICE OF *EX PARTE* MOTION
FOR TEMPORARY RESTRAINING ORDER**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**CASE NO.: CV 07 6280SC**

**AFFIDAVIT OF SERVICE**

WIND OF TRADE, LLC, a Nevada
limitied liability company

vs.

MOSTAG INTERNATIONAL, INC, a
Pennsylvania corporation
_____/

STATE OF PENNA.
COUNTY OF PHILA.    ss.

I, **RICHARD DOUGHERTY**, a competent adult, being duly sworn according to law, depose and say that at 2:30PM on 12/13/2007, I served **MOSTAG INTERNATIONAL, INC** at **1025 WASHINGTON AVENUE, CROYDON, PA 19021** in the manner described below:

☐    Defendant(s) personally served.

☐    Adult family member with whom said Defendant(s) reside(s).
       Relationship is _____.

☐    Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐    Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☑    **Agent or person in charge of Defendant's office or usual place of business.**

☐    _____ an officer of said Defendant's company.

☐    Other: **REFUSED NAME**

a true and correct copy of **EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES, SUMMONS WITH PROOF OF SERVICE AND COMPLAINT, NOTICE OF INTERESTED PARTIES ORDER SETTING CASE MANAGEMENT CONFERENCE AN** issued in the above captioned matter.

Comments/Prev. Attempts: **REFUSED NAME**

Description:
**Sex: MALE – Age: 50–55 – Skin: ASIAN – Hair: BLACK – Height: 5'10 – Weight: 200**

Sworn to and subscribed before me on this
___13___ day of ___Dec___, 2007.

x _____
RICHARD DOUGHERTY
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 1045
Philadelphia, PA 19103
(215) 567-7777
Atty File#: 694723 – Our File# 29833

NOTARY PUBLIC COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
GERARD C. MENICHINI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 14, 2010

Law Firm: **ABC LEGAL SERVICES**
Address: **520 TOWNSEND STREET, SUITE # D, SAN FRANSICO, CA, 94103**
Telephone: **415.503.0900**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  Dec 13, 2007 |
| Name of SERVER  Richard Dougherty | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: Mostag International 1025 Washington Ave Croydon, Pa. 19021

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Refused to give name.
Asian, male, 50-55 yrs old, Black hair, 5'10", 200 lbs.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12-13-07
          *Date*

          *Signature of Server*

          *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com