1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  MARY L. SHAPIRO (State Bar No. 201199)
3  Two Embarcadero Center, Eighth Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: mmgorelnik@townsend.com
           mlshapiro@townsend.com
6
7  Attorneys for Plaintiff
   WIND OF TRADE LLC

8
                   UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 WIND OF TRADE LLC, a Nevada limited    Case No. CV 07 6280MMC
   liability company,
12                                        **PROOF OF SERVICE**
                  Plaintiff,
13
           v.
14
   MOSTAG INTERNATIONAL, INC., a
15 Pennsylvania corporation,
16                Defendant.
17

*Wind of Trade LLC v. Mostag International, Inc.*,
PROOF OF SERVICE
Case No. CF-07-06280 MMC

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On December 13, 2007, I caused the attached document to be served: **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; ORDER OF RECUSAL; REASSIGNMENT ORDER; and STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

( X ) (BY FEDERAL EXPRESS) I caused such document to be delivered by overnight carrier to the addressee(s) listed below:

The envelope(s) were addressed to the following:

Mostag International
1025 A Washington Avenue
Croydon, PA  19021

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on December 13, 2007, at San Francisco, California.

Charlene J. Foser