TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com
       mlshapiro@townsend.com

Attorneys for Plaintiff
WIND OF TRADE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation,<br><br>　　　　Defendants. | Case No. CV 07 6280MMC<br><br>**AMENDED PROOF OF SERVICE OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, SUPPORTING PAPERS, AND COURT-ISSUED DOCUMENTS** |

　　　　I am over the age of eighteen years and not a party to this action. My business address is Best Legal Services, Inc., 1617 J.F.K. Blvd., Suite 1045, Philadelphia, PA 19103. I provide this Amended Proof of Service because my previous proof of service did not list all documents relating to the *Ex Parte* Motion that I personally served on defendant at the time of service of the Summons and Complaint.

///

///

*Wind of Trade LLC v. Mostag International, Inc.*
AMENDED PROOF OF SERVICE OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, SUPPORTING PAPERS, AND COURT-ISSUED DOCUMENTS
Case No. CV 07 6280MMC

1      On December 13, 2007, at 2:30 p.m. EST, I personally served the following documents on
2 defendant:
3      Notice of Interested Parties
4
5      Ex Parte Motion for Temporary Restraining Order
6      Proposed Order Temporary Restraining Order
7      Declaration of Michael Hirsch in Support of Ex Parte Motion for TRO with Exhibit
8      Declaration of Mary Shapiro in Support of Ex Parte Motion for TRO with Exhibits
9      ECF Registration Handout
10      Order Setting Initial Case Management Conference and ADR Deadline
11      Welcome to U.S. District Court
12
13      I personally delivered the documents to the person in charge of defendant's office at:
14 Mostag International
1025 A Washington Avenue
15 Croydon, PA 19021
16      I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that
17 the foregoing is true and correct.
18      EXECUTED on December 14, 2007, at Philadelphia, Pennsylvania.
19
20
21                                     [signature]
22 61235289 v1                        Richard Dougherty
23
24
25
26
27
28 *Wind of Trade LLC v. Mostag International, Inc.*
AMENDED PROOF OF SERVICE OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, SUPPORTING PAPERS, AND COURT-ISSUED DOCUMENTS
Case No. CV 07 6280MMC

-2-