United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WIND OF TRADE LLC,

        Plaintiff,

  v.

MOSTAG INTERNATIONAL, INC.,

        Defendant

                         /

No. C-07-6280 MMC

**ORDER SETTING BRIEFING SCHEDULE RE: PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER; DIRECTIONS TO PLAINTIFF**

Before the Court is plaintiff's "Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction," filed December 12, 2007. Notice of said application was not provided to defendant until December 13, 2007 at 2:30 p.m. (See Proof of Service, filed December 13, 2007 (stating defendant's "agent or person in charge" served in Croydon, Pennsylvania).)

In light of the delayed notice and defendant's location out of state, as well the Court's unavailability in the coming week, the Court hereby sets the following briefing schedule:

1. No later than December 27, 2007, defendant shall file with the Clerk of the Court and serve on plaintiff any opposition or other response to the application.

2. No later than January 2, 2008, plaintiff shall file and serve any reply.

3. As of January 2, 2008, the Court will take the matter under submission.

1    Plaintiff is hereby DIRECTED to serve defendant with this order, no later than

2  December 18, 2007, and to file proof of such service, no later than December 21, 2007.

3    **IT IS SO ORDERED.**

4

5  Dated: December 14, 2007

6    MAXINE M. CHESNEY
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28