1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  MARY L. SHAPIRO (State Bar No. 201199)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: mmgorelnik@townsend.com
          mlshapiro@townsend.com
6
   Attorneys for Plaintiff
7  WIND OF TRADE LLC

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | WIND OF TRADE LLC, a Nevada limited         | Case No. CV 07 6280MMC
   | liability company,                          |
12 |                                              | **PROOF OF SERVICE OF ORDER SETTING
   |              Plaintiff,                      | BRIEFING SCHEDULE RE PLAINTIFF'S
13 |                                              | APPLICATION FOR TEMPORARY
   |        v.                                    | RESTRAINING ORDER; DIRECTIONS TO
14 |                                              | PLAINTIFF AND CASE MANAGEMENT
   | MOSTAG INTERNATIONAL, INC., a               | CONFERENCE ORDER**
15 | Pennsylvania corporation,                    |
16 |              Defendant.                      |
17

18
19
20
21
22
23
24
25
26
27
28

*Wind of Trade LLC v. Mostag International, Inc.,*
PROOF OF SERVICE OF ORDER SETTING BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE ORDER
Case No. CF-07-06280 MMC

# PROOF OF SERVICE

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

**ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER; DIRECTIONS TO PLAINTIFF**
and
**CASE MANAGEMENT CONFERENCE ORDER**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressees.

Mostag International, Inc.
1025 A Washington Avenue
Croydon, PA 19021

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☒ [By Facsimile Transmission] I am readily familiar with my employer's practice for processing documents via facsimile transmission. The within document(s) was/were placed in the facsimile machine, directed to the party(ies) so designated on the service list using the last-known facsimile number(s), and processed through the facsimile machine, until a report was provided by that equipment indicating that the transmission was successful.

Mostag International (215) 781-6606

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: December 14, 2007.

*/s/ Charlene J. Foster*
Charlene J. Foster