TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com
       mlshapiro@townsend.com

Attorneys for Plaintiff
WIND OF TRADE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation,<br><br>　　　　　　Defendant. | Case No. CV 07 6280MMC<br><br>**DECLARATION OF RICHARD DOUGHERTY** |

I, Richard Dougherty, am over the age of eighteen years and not a party to this action. My business address is Best Legal Services, Inc., 1617 J.F.K. Blvd., Suite 1045, Philadelphia, PA 19103.

1.　On December 13, 2007, at 2:30 p.m. EST, I personally served the following documents on defendant: Complaint, Summons, Ex Parte Motion for Temporary Restraining Order, Proposed Order Temporary Restraining Order, Declaration of Michael Hirsch in Support of Ex Parte Motion for TRO, Declaration of Mary Shapiro in Support of Ex Parte Motion for TRO, ECF Registration Handout, Order Setting Initial Case Management Conference and ADR Deadline, Welcome to U.S. District Court, and Notice of Interested Parties.

2.　I personally delivered the documents to the person apparently in charge of defendant's office at 1025 A Washington Avenue, Croydon, PA 19021.

*Wind of Trade LLC v. Mostag International, Inc.*
**DECLARATION OF RICHARD DOUGHERTY**
Case No. CV 07 6280MMC

3.  The building was a two-level warehouse with two loading docks and a steel door for the entranceway, equipped with a camera and speaker.

4.  The individual in charge of the office, who refused to give me his name, initially rejected the service and threw the package of documents at me, though they bounced off me into a nearby puddle from that days heavy rain.

5.  In an apparent further attempt to avoid service, he told me that that the papers were addressed to the wrong company, indicating that the correct spelling of the company name was "mostac" and not Mostag.

6.  I promptly picked up the package and placed it in the door before it closed.

7.  On December 18, 2007, at 2:20p.m. EST, I returned to the address above to deliver the following additional documents: Correspondence dated December 18, 2008 from Marc Gorelnik to William Pan, Order Setting Briefing Schedule re: Plaintiff's Application for Temporary Retraining Order, Directions to Plaintiff, and Case Management Conference Order.

8.  While at the entrance to the building, I recognized the voice as that of the same individual that I served the initial documents upon. He would not allow me into the office and again reiterated that the correct spelling of the company name was "mostac" and not Mostag.

9.  I taped the package with the documents upon the office door, as shown in the picture below.



*Wind of Trade LLC v. Mostag International, Inc.*
**DECLARATION OF RICHARD DOUGHERTY**
Case No. CV 07 6280MMC

-2-

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

EXECUTED on December 31, 2007, at Philadelphia, Pennsylvania.

Richard Dougherty

61242770 v1