```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              0005
RECIPIENT ADDRESS     121578166066#5698
DESTINATION ID
ST. TIME              12/14 17:21
TIME USE              02'38
PAGES SENT            5
RESULT                OK
```

# TOWNSEND and TOWNSEND and CREW LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

Washington, DC
Tel 202 481-9900

Tokyo, Japan
Tel +81 3 3507-5609

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111-3834
Tel 415 576-0200
Fax 415 576-0300

## FACSIMILE COVER SHEET

| Date: | Client & Matter Number: | No. Pages (including this one): |
|---|---|---|
| **December 14, 2007** | **021466-014600US** | **7** |
| To: | At Fax Number: | Confirmation Phone Number: |
| **William Pan, Manager**<br>**Mostag International** | **215-781-6606** | **215-537-1191** |

**From:** Mary L. Shapiro                                                                 (0366)

**Message:**