

Español | Customer Support | FedEx Locations    Search [ ] [Go]

Package/Envelope | Freight | Expedited | Office/Print Services
Ship ▶    Track ▶    Manage ▶    Business Solutions ▶

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version    Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 790896760743 | **Reference** | 021466.014600US-3069 |
| **Ship date** | Dec 14, 2007 | | |
| | | **Destination** | Croydon, PA |
| | | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | At FedEx destination | | |

**Wrong Address?**
Reduce future mistakes
FedEx Address Check

Tracking a FedEx Shipment?
Go to shipper login


Find locations everywhere

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Dec 27, 2007 | 4:56 PM | At local FedEx facility | BRISTOL, PA | |
| Dec 26, 2007 | 4:34 PM | At local FedEx facility | BRISTOL, PA | |
| Dec 24, 2007 | 3:59 PM | At local FedEx facility | BRISTOL, PA | |
| Dec 21, 2007 | 5:21 PM | At local FedEx facility | BRISTOL, PA | |
| | 10:38 AM | Delivery exception | BRISTOL, PA | Customer not available or business closed - Signature required |
| | 9:02 AM | On FedEx vehicle for delivery | BRISTOL, PA | |
| Dec 20, 2007 | 8:34 PM | At local FedEx facility | BRISTOL, PA | |
| Dec 19, 2007 | 4:14 PM | At local FedEx facility | BRISTOL, PA | |
| Dec 18, 2007 | 3:58 PM | At local FedEx facility | BRISTOL, PA | |
| | 10:40 AM | Delivery exception | BRISTOL, PA | Customer not available or business closed - Signature required |
| | 8:23 AM | On FedEx vehicle for delivery | BRISTOL, PA | |
| Dec 17, 2007 | 3:46 PM | At local FedEx facility | BRISTOL, PA | |
| | 9:00 AM | Delivery exception | BRISTOL, PA | Customer not available or business closed |
| | 6:49 AM | On FedEx vehicle for delivery | BRISTOL, PA | |
| | 6:05 AM | At local FedEx facility | BRISTOL, PA | |
| | 5:27 AM | At dest sort facility | LINWOOD, PA | |
| Dec 16, 2007 | 6:33 PM | Departed FedEx location | MEMPHIS, TN | |
| Dec 15, 2007 | 4:29 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 6:09 AM | Departed FedEx location | OAKLAND, CA | |
| Dec 14, 2007 | 10:14 PM | Arrived at FedEx location | OAKLAND, CA | |
| | 9:55 PM | Left origin | SAN FRANCISCO, CA | |
| | 7:06 PM | Package data transmitted to FedEx | | |
| | 6:17 PM | Picked up | SAN FRANCISCO, CA | |

[ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: [            ]         Your E-mail Address: [            ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
|  | English | ☐ | ☐ |
|  | English | ☐ | ☐ |
|  | English | ☐ | ☐ |
|  | English | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx