**TOWNSEND**
*and*
**TOWNSEND**
*and*
**CREW**
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

December 18, 2007

**VIA HAND DELIVERY**

Mr. William Pan
Mostag International, Inc.
1025 A Washington Avenue
Croydon, PA 19021

Re: *Wind of Trade LLC v. Mostag International, Inc.*
U.S. District Court Case No. CV 07-06280 MMC
Our File No.: 021466-014600US

Dear Mr. Pan;

I represent plaintiff Wind of Trade in the above-referenced action. Enclosed with this letter is a copy of the Court's Order of December 14, 2007. We previously sent you copies by facsimile and FedEx. Please note the December 27, 2007 deadline set by the Court. We look forward to receipt on that date of the service copy of your response.

I urge you to retain counsel to assist you in this matter. In addition to responding to Wind of Trade's motion for a temporary restraining order, please have your counsel contact me to determine if we can find a mutually agreeable solution to the dispute.

Very truly yours,

Marc M. Gorelnik

MMG/bcr
Enclosure
cc: Wind of Trade LLC
61236296 v1