1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  MARY L. SHAPIRO (State Bar No. 201199)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  mmgorelnik@townsend.com
5          mlshapiro@townsend.com

6  Attorneys for Plaintiff
7  WIND OF TRADE LLC

8

9                      UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | WIND OF TRADE LLC, a Nevada limited | Case No. CV 07 6280SC
   | liability company,
13 |                                      | **TEMPORARY RESTRAINING**
   |              Plaintiff,              | **ORDER AND ORDER TO SHOW**
14 |                                      | **CAUSE RE:  PRELIMINARY**
   |       v.                             | **INJUNCTION**
15 |
   | MOSTAG INTERNATIONAL, INC., a
16 | Pennsylvania corporation,
17 |              Defendant.
18

19      Plaintiff Wind of Trade LLC moved for a temporary restraining order and order to show cause

20 against defendant Mostag International, Inc. ("Mostag").  Having considered the argument and

21 evidence submitted by plaintiff, and having provided defendant with an opportunity to respond, the

22 Court determines that good cause exists for plaintiff's request, which is GRANTED subject to the

23 limitations of this Order.

24      IT IS HEREBY ORDERED that defendant shall show cause before this Court on February 1,

25 2008, at 9:00 a.m., in Courtroom 7, 450 Golden Gate Avenue, San Francisco, California, why an order

26 pursuant to Federal Rule of Civil Procedure 65 should not be entered, granting plaintiff a preliminary

27 injunction, enjoining defendant and all those acting in concert with defendant, from using the OVE

28

1  GLOVE trademark, the graphic design shown below, or confusingly similar variations thereof in
2  connection with the sale, offering for sale, promotion, distribution or manufacture of hot surface
3  handlers such as oven mitts.

Enjoined Graphic Design

9  IT IS FURTHER ORDERED that defendant shall file and serve any opposition no later than
10  January 18, 2008, and that plaintiff shall file and serve any reply no later than January 25, 2008.

11  IT IS FURTHER ORDERED that, pending the show cause hearing set forth in this Order,
12  defendant, its agents, servants, employees, attorneys, successors, and assigns, and all persons, firms,
13  corporations, acting in concert with defendant, be and are hereby temporarily restrained from sale,
14  offering for sale, promotion, distribution or manufacture of hot surface handlers such as oven mitts
15  and related goods and packaging that bear either:

16   1)  the term OVE GLOVE;
17   2)  the enjoined graphic design; or
18   3)  terms or designs confusingly similar to the forgoing.

19  IT IS FURTHER ORDERED that this temporary restraining order is conditioned upon
20  plaintiff's filing with the Clerk of the Court an undertaking in the form of a bond, company check or
21  cash, in the amount of $10,000, to secure the payment of costs and damages not to exceed that sum as
22  may be suffered or sustained by any party who is wrongfully restrained by this order.

23  IT IS FURTHER ORDERED that plaintiff shall serve defendant with a copy of this order, and
24  to file proof of such service, no later than January 7, 2008.

Dated: January 2, 2008

_____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE