| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | MARC M. GORELNIK (State Bar No. 166833)<br>MARY L. SHAPIRO (State Bar No. 201199) |
| 3 | Two Embarcadero Center, Eighth Floor<br>San Francisco, California 94111 |
| 4 | Telephone: (415) 576-0200 |
| 5 | Facsimile: (415) 576-0300<br>Email: mmgorelnik@townsend.com |
| 6 |        mlshapiro@townsend.com |

Attorneys for Plaintiff
WIND OF TRADE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>        v.<br><br>MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation,<br><br>        Defendant. | Case No. CV 07 06280 MMC<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On January 2, 2008, I served a copy of the following document(s):

1) **DECLARATION OF RICHARD DOUGHERTY,** and

2) **DECLARATION OF COUNSEL RE: PLAINTIFF'S SERVICE OF THE COURT'S ORDER OF DECEMBER 14, 2007**.

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( X ) (VIA FACSIMILE) I caused such document(s) to be delivered by facsimile to the facsimile number(s) listed below.

Mark D. Shaeffer, Esq.
Law Offices Of Mark D. Schaffer
1429 Walnut Street
Philadelphia, PA  19102-3209
*Facsimile: (215)561-4782*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on January 2, 2008, at San Francisco, California.

_____/s/_____
Billie Raney