TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com
       mlshapiro@townsend.com

Attorneys for Plaintiff
WIND OF TRADE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>         v.<br><br>MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation,<br><br>              Defendant. | Case No. CV 07 06280 MMC<br><br>**NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND PROOF OF SERVICE** |

     PLEASE TAKE NOTICE that on January 2, 2008, the Court entered the attached Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction.

Dated: January 4, 2008.　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　TOWNSEND and TOWNSEND and CREW LLP


　　　　　　　　　　　　　　　　　　　　　　　By_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　Marc M. Gorelnik
　　　　　　　　　　　　　　　　　　　　　　　　　Mary L. Shapiro
　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　　WIND OF TRADE LLC

| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | MARC M. GORELNIK (State Bar No. 166833)<br>MARY L. SHAPIRO (State Bar No. 201199) |
| 3 | Two Embarcadero Center, Eighth Floor<br>San Francisco, California  94111 |
| 4 | Telephone:  (415) 576-0200 |
| 5 | Facsimile:  (415) 576-0300<br>Email:  mmgorelnik@townsend.com |
| 6 | mlshapiro@townsend.com |
| 7 | Attorneys for Plaintiff<br>WIND OF TRADE LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company, | Case No. CV 07 6280SC |
| Plaintiff, | **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION** |
| v. | |
| MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation, | |
| Defendant. | |

Plaintiff Wind of Trade LLC moved for a temporary restraining order and order to show cause against defendant Mostag International, Inc. ("Mostag").  Having considered the argument and evidence submitted by plaintiff, and having provided defendant with an opportunity to respond, the Court determines that good cause exists for plaintiff's request, which is GRANTED subject to the limitations of this Order.

IT IS HEREBY ORDERED that defendant shall show cause before this Court on February 1, 2008, at 9:00 a.m., in Courtroom 7, 450 Golden Gate Avenue, San Francisco, California, why an order pursuant to Federal Rule of Civil Procedure 65 should not be entered, granting plaintiff a preliminary injunction, enjoining defendant and all those acting in concert with defendant, from using the OVE

*Wind of Trade LLC v. Mostag International, Inc.*
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION
Case No. CV 07 6280SC

1

1  GLOVE trademark, the graphic design shown below, or confusingly similar variations thereof in
2  connection with the sale, offering for sale, promotion, distribution or manufacture of hot surface
3  handlers such as oven mitts.

Enjoined Graphic Design

9  IT IS FURTHER ORDERED that defendant shall file and serve any opposition no later than
10 January 18, 2008, and that plaintiff shall file and serve any reply no later than January 25, 2008.

11 IT IS FURTHER ORDERED that, pending the show cause hearing set forth in this Order,
12 defendant, its agents, servants, employees, attorneys, successors, and assigns, and all persons, firms,
13 corporations, acting in concert with defendant, be and are hereby temporarily restrained from sale,
14 offering for sale, promotion, distribution or manufacture of hot surface handlers such as oven mitts
15 and related goods and packaging that bear either:

16   1)  the term OVE GLOVE;
17   2)  the enjoined graphic design; or
18   3)  terms or designs confusingly similar to the forgoing.

19 IT IS FURTHER ORDERED that this temporary restraining order is conditioned upon
20 plaintiff's filing with the Clerk of the Court an undertaking in the form of a bond, company check or
21 cash, in the amount of $10,000, to secure the payment of costs and damages not to exceed that sum as
22 may be suffered or sustained by any party who is wrongfully restrained by this order.

23 IT IS FURTHER ORDERED that plaintiff shall serve defendant with a copy of this order, and
24 to file proof of such service, no later than January 7, 2008.

Dated: January 2, 2008

_____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On January 4, 2008, I served a copy of the attached document(s):

**NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( X ) (VIA FACSIMILE) I caused such document(s) to be delivered by facsimile to the facsimile number(s) listed below.

    Mark D. Shaeffer, Esq.
    Law Offices Of Mark D. Schaffer
    1429 Walnut Street
    Philadelphia, PA 19102-3209
    *Facsimile: (215) 561-4782*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on January 4, 2008, at San Francisco, California.

                                                /s/
                                           Billie Raney

*Wind of Trade LLC v. Mostag International, Inc.*, Case No. CF-07-06280 MMC
NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
RE: PRELIMINARY INJUNCTION AND PROOF OF SERVICE

4