1   TOWNSEND AND TOWNSEND AND CREW LLP
    MARC M. GORELNIK (State Bar No. 166833)
2   MARY L. SHAPIRO (State Bar No. 201199)
3   Two Embarcadero Center, Eighth Floor
    San Francisco, California  94111
4   Telephone:  (415) 576-0200
    Facsimile:  (415) 576-0300
5   Email:  mmgorelnik@townsend.com
            mlshapiro@townsend.com
6
    Attorneys for Plaintiff
7   WIND OF TRADE LLC

8
                    UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   WIND OF TRADE LLC, a Nevada limited          Case No.  CV 07 06280 MMC
     liability company,
12
                    Plaintiff,                    **PROOF OF SERVICE**
13
          v.
14
     MOSTAG INTERNATIONAL, INC., a
15   Pennsylvania corporation,

16                  Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to this action.  My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On January 4, 2008, I served a copy of the following document(s):

1)  **DECLARATION OF RICHARD DOUGHERTY;**

2)  **DECLARATION OF COUNSEL RE:  PLAINTIFF'S SERVICE OF THE COURT'S ORDER OF DECEMBER 14, 2007**;

3)  **PROOF OF SERVICE (of Declarations of Dougherty and Counsel);**

4)  **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; and**

5)  **NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION AND PROOF OF SERVICE.**

(  X  ) (VIA FIRST CLASS MAIL)  I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services.  I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below.  The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

(  X  ) (VIA FACSIMILE) I caused such document(s) to be delivered by facsimile to the facsimile number(s) listed below.

Mostag International
1025 A Washington Avenue
Croydon, PA  19021
*Facsimile:  (215) 781-6606*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on January 4, 2008, at San Francisco, California.

_____/s/_____
Billie Raney