```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    MARC M. GORELNIK (State Bar No. 166833)
 2  MARY L. SHAPIRO (State Bar No. 201199)
    Two Embarcadero Center, Eighth Floor
 3  San Francisco, California  94111
 4  Telephone:  (415) 576-0200
    Facsimile:  (415) 576-0300
 5  Email:  mmgorelnik@townsend.com
            mlshapiro@townsend.com
 6
 7  Attorneys for Plaintiff
    WIND OF TRADE LLC
 8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation,<br><br>                    Defendant. | Case No.  CV 07 06280 MMC<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Wind of Trade LLC ("Wind of Trade"), hereby requests that the Clerk of the above-captioned Court enter default in this matter against defendant Mostag International, Inc. ("Mostag") on the grounds that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

    Service of the Complaint on Mostag at 1025 Washington Avenue, Croydon, Pennsylvania 19021, was complete on December 13, 2007, (see Exhibit A to Declaration of Marc M. Gorelnik in Support of Request for Entry of Default ("Gorelnik Decl.").  Mostag's Answer or other response to the Complaint was due January 2, 2008.  No Answer or other response has been filed or served by defendant Mostag.

1    Defendant Mostag has not responded to the Complaint.  Defendant Mostag was given prior
2  notice of plaintiff's intent to seek default, Gorelnik Decl., ¶ 4, but defendant has not responded.
3  Accordingly, plaintiff Wind of Trade seeks entry of the Clerk's default of defendant as to the Complaint.
4  Subsequent to the Clerk's entry of default, plaintiff intends to seek entry of default judgment.

DATED:  January 14, 2008            Respectfully submitted,

                                    TOWNSEND AND TOWNSEND AND CREW LLP

                                    By:   /s/
                                          Marc M. Gorelnik
                                          Two Embarcadero Center, 8th Floor
                                          San Francisco, CA  94111
                                          Tel:  (415) 576-0200
                                          Fax:  (415) 576-0300
                                          *Attorneys for Plaintiff WIND OF TRADE LLC*

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On January 14, 2008, I served a copy of the foregoing document:

**REQUEST FOR ENTRY OF DEFAULT**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( X ) (VIA FACSIMILE) I caused such document(s) to be delivered by facsimile to the facsimile number(s) listed below.

Mostag International
1025 A Washington Avenue
Croydon, PA  19021
*Facsimile:  (215) 781-6606*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on January 14, 2008 at San Francisco, California.

/s/
Billie Raney