**TOWNSEND**
*and*
**TOWNSEND**
*and*
**CREW**
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

January 4, 2008

*VIA FACSIMILE: (215) 561-4782*
*CONFIRMATION BY MAIL*

Mark D. Shaeffer, Esq.
Law Offices of Mark D. Schaffer
1429 Walnut Street
Philadelphia, PA 19102-3209

Re:   *Wind of Trade LLC v. Mostag International, Inc.*
      U.S. District Court Case No. CV 07-06280 MMC
      Our File No.: 021466-014600US

Dear Mark:

Thank you for your call this morning. I write to confirm that we intend to take defendant's default on Wednesday, January 9, 2008, unless we are advised that Mostag will respond to the Complaint on or before that date. Mostag received personal service of the Complaint on December 13, 2007. Its Answer or other response became due on January 2, 2008.

You have made clear that Mostag has not yet retained you in this matter and that we are free to contact Mostag directly. I will endeavor to obtain a settlement demand from my client, but that process does not restrain our parallel path to default. In the absence of your client's appearance or settlement, we will eventually move for default judgment.

You have informed us that Mostag will not respond to the Order to Show Cause Re: Preliminary Injunction.

Very truly yours,

*[signature]*
Marc M. Gorelnik

MMG/bcr
cc:   Wind of Trade LLC
      Mostag (via fax and mail)
61248101 v1