```
1   TOWNSEND AND TOWNSEND AND CREW LLP
    MARC M. GORELNIK (State Bar No. 166833)
2   MARY L. SHAPIRO (State Bar No. 201199)
    Two Embarcadero Center, Eighth Floor
3   San Francisco, California  94111
    Telephone:  (415) 576-0200
4   Facsimile:  (415) 576-0300
    Email:  mmgorelnik@townsend.com
5           mlshapiro@townsend.com
6
    Attorneys for Plaintiff
7   WIND OF TRADE LLC
8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company, | Case No.  CV 07 06280 MMC |
| Plaintiff, | **AMENDED PROOF OF SERVICE OF REQUEST FOR ENTRY OF DEFAULT** |
| v. | |
| MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation, | |
| Defendant. | |

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to this action.  My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On January 29, 2008, I served a copy of the following document(s):

**REQUEST FOR ENTRY OF DEFAULT**

( X ) (VIA FIRST CLASS MAIL)  I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services.  I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below.  The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( X ) (VIA FACSIMILE) I caused such document(s) to be delivered by facsimile to the facsimile number(s) listed below.

>   Mr. William Pan
>   Mostag International
>   1025 A Washington Avenue
>   Croydon, PA  19021
>   *Facsimile:  (215) 781-6606*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on January 29, 2008, at San Francisco, California.

                                    /s/
                              Billie Raney