1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  MARY L. SHAPIRO (State Bar No. 201199)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: mmgorelnik@townsend.com
          mlshapiro@townsend.com
6
   Attorneys for Plaintiff
7  WIND OF TRADE LLC

8

9                  UNITED STATES DISTRICT COURT
10               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | WIND OF TRADE LLC, a Nevada limited     | Case No. CV 07 6280MMC
   | liability company,
13 |                                          | **[PROPOSED] ORDER**
   |         Plaintiff,                       | **RE: PRELIMINARY INJUNCTION**
14 |
15 |    v.
   |
16 | MOSTAG INTERNATIONAL, INC., a
   | Pennsylvania corporation,
17 |
   |         Defendant.
18

19

20     Plaintiff Wind of Trade LLC ("Wind of Trade") moved for an order to show cause against

21 defendant Mostag International, Inc. ("Mostag"), which Mostag did not oppose. Having considered

22 the argument and evidence submitted by Wind of Trade, and having provided Mostag with an

23 opportunity to respond, the Court determines that good cause exists for Wind of Trade's request for a

24 preliminary injunction against Mostag, which is GRANTED.

25     IT IS HEREBY ORDERED that the defendant, its agents, servants, employees, attorneys,

26 successors, and assigns, and all persons, firms, corporations, acting in concert with the defendant, are

27 preliminarily enjoined from using the **'OVE' GLOVE** trademark, the graphic design shown below, or

28

Enjoined Graphic Design

confusingly similar variations thereof in connection with the sale, offering for sale, promotion, distribution or manufacture of hot surface handlers such as oven mitts and related goods and packaging that bear either:

    1) the term **'OVE' GLOVE**;

    2) the enjoined graphic design; or

    3) terms or designs confusingly similar to the forgoing.

IT IS FURTHER ORDERED that this preliminary injunction order is conditioned upon the plaintiff filing with the clerk of this court an undertaking in the form of a bond, company check or cash, in the amount of $10,000, to secure the payment of costs and damages not to exceed that sum as may be suffered or sustained by any party who is wrongfully enjoined by this order. The bond requirement set forth in the temporary restraining order is continued.

IT IS SO ORDERED.

Dated: _____, 2008

                                              Hon. Maxine M. Chesney
                                              UNITED STATES DISTRICT JUDGE

61269278 v1

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On January 29, 2008, I served a copy of the attached document(s):

### [PROPOSED] ORDER RE: PRELIMINARY INJUNCTION

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( X ) (VIA FACSIMILE) I caused such document(s) to be delivered by facsimile to the facsimile number(s) listed below.

Mr. William Pan
Mostag International, Inc.
1025 A Washington Avenue
Croydon, PA   19021
*Facsimile: (215) 781-6606*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on January 29, 2008, at San Francisco, California.

_____
Eddie L. Shine

*Wind of Trade LLC v. Mostag International, Inc.*
[PROPOSED] ORDER RE: PRELIMINARY INJUNCTION
Case No. CV 07 6280MMC