1 | TOWNSEND AND TOWNSEND AND CREW LLP
2 | MARC M. GORELNIK (State Bar No. 166833)
  | MARY L. SHAPIRO (State Bar No. 201199)
3 | Two Embarcadero Center, Eighth Floor
  | San Francisco, California 94111
4 | Telephone: (415) 576-0200
  | Facsimile: (415) 576-0300
5 | Email: mmgorelnik@townsend.com
  |        mlshapiro@townsend.com
6 |
7 | Attorneys for Plaintiff
  | WIND OF TRADE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WIND OF TRADE LLC, a Nevada limited liability company, | Case No. CV 07 6280MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: PRELIMINARY INJUNCTION |
| v. | |
| MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation, | |
| Defendant. | |

Plaintiff Wind of Trade LLC ("Wind of Trade") moved for an order to show cause against defendant Mostag International, Inc. ("Mostag"), which Mostag did not oppose. Having considered the argument and evidence submitted by Wind of Trade, and having provided Mostag with an opportunity to respond, the Court determines that good cause exists for Wind of Trade's request for a preliminary injunction against Mostag, which is GRANTED.

IT IS HEREBY ORDERED that the defendant, its agents, servants, employees, attorneys, successors, and assigns, and all persons, firms, corporations, acting in concert with the defendant, are preliminarily enjoined from using the **'OVE' GLOVE** trademark, the graphic design shown below, or



Enjoined Graphic Design

confusingly similar variations thereof in connection with the sale, offering for sale, promotion, distribution or manufacture of hot surface handlers such as oven mitts and related goods and packaging that bear either:

    1) the term **'OVE' GLOVE**;

    2) the enjoined graphic design; or

    3) terms or designs confusingly similar to the forgoing.

    IT IS FURTHER ORDERED that this preliminary injunction order is conditioned upon the plaintiff filing with the clerk of this court an undertaking in the form of a bond, company check or cash, in the amount of $10,000, to secure the payment of costs and damages not to exceed that sum as may be suffered or sustained by any party who is wrongfully enjoined by this order. The bond requirement set forth in the temporary restraining order is continued.

    The February 1, 2008 hearing is hereby VACATED.

IT IS SO ORDERED.

Dated: __January 30_____, 2008

                                                Hon. Maxine M. Chesney
                                               UNITED STATES DISTRICT JUDGE

61269278 v1