1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  MARY L. SHAPIRO (State Bar No. 201199)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  mmgorelnik@townsend.com
5          mlshapiro@townsend.com

6  Attorneys for Plaintiff
7  WIND OF TRADE LLC

8

9                  UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation,<br><br>        Defendant. | Case No.  CV 07 06280 MMC<br><br>**NOTICE OF ENTRY OF PRELIMINARY INJUNCTION** |

    PLEASE TAKE NOTICE that on January 30, 2008, the Court entered the attached Order of Preliminary Injunction.

DATED:  January 30, 2008         Respectfully submitted,

                                 TOWNSEND AND TOWNSEND AND CREW LLP


                                 By:  ___/s/_____
                                      Marc M. Gorelnik
                                      Two Embarcadero Center, 8th Floor
                                      San Francisco, CA  94111
                                      Tel:  (415) 576-0200
                                      Fax:  (415) 576-0300
                                      *Attorneys for Plaintiff WIND OF TRADE LLC*

TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com
mlshapiro@townsend.com

Attorneys for Plaintiff
WIND OF TRADE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation,<br><br>Defendant. | Case No. CV 07 6280MMC<br><br>[PROPOSED] ORDER<br>RE: PRELIMINARY INJUNCTION |

Plaintiff Wind of Trade LLC ("Wind of Trade") moved for an order to show cause against defendant Mostag International, Inc. ("Mostag"), which Mostag did not oppose. Having considered the argument and evidence submitted by Wind of Trade, and having provided Mostag with an opportunity to respond, the Court determines that good cause exists for Wind of Trade's request for a preliminary injunction against Mostag, which is GRANTED.

IT IS HEREBY ORDERED that the defendant, its agents, servants, employees, attorneys, successors, and assigns, and all persons, firms, corporations, acting in concert with the defendant, are preliminarily enjoined from using the **'OVE' GLOVE** trademark, the graphic design shown below, or



Enjoined Graphic Design

confusingly similar variations thereof in connection with the sale, offering for sale, promotion, distribution or manufacture of hot surface handlers such as oven mitts and related goods and packaging that bear either:

    1) the term **'OVE' GLOVE**;

    2) the enjoined graphic design; or

    3) terms or designs confusingly similar to the forgoing.

    IT IS FURTHER ORDERED that this preliminary injunction order is conditioned upon the plaintiff filing with the clerk of this court an undertaking in the form of a bond, company check or cash, in the amount of $10,000, to secure the payment of costs and damages not to exceed that sum as may be suffered or sustained by any party who is wrongfully enjoined by this order. The bond requirement set forth in the temporary restraining order is continued.

    The February 1, 2008 hearing is hereby VACATED.

IT IS SO ORDERED.

Dated: _January 30_____, 2008

                              Hon. Maxine M. Chesney
                              UNITED STATES DISTRICT JUDGE

61269278 v1

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On January 30, 2008, I served a copy of the foregoing document:

**NOTICE OF ENTRY OF PRELIMINARY INJUNCTION**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

( X ) (VIA FACSIMILE) I caused such document(s) to be delivered by facsimile to the facsimile number(s) listed below.

>Mr. William Pan
>Mostag International
>1025 A Washington Avenue
>Croydon, PA  19021
>*Facsimile:  (215) 781-6606*
>
>Mark D. Shaeffer, Esq.
>Law Offices Of Mark D. Schaffer
>1429 Walnut Street
>Philadelphia, PA  19102-3209
>*Facsimile:  (215)561-4782*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on January 30, 2008 at San Francisco, California.

_____/s/_____
Billie Raney