**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 4, 2008

RE: CV 07-06280 MMC    WIND OF TRADE LLC-v- MOSTAG INTERNATIONAL INC

Default is declined as to defendant Mostag International, Inc., on 2/4/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator