| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
MARK D. SCHAFFER, ESQUIRE
1429 Walnut Street, Suite 800
Philadelphia, PA 19102
(215) 561-4774

FILED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

WIND OF TRADE, LLC, A Nevada
liability company

　　　　　　　Plaintiff(s),

CASE NO. CV 07 6280MMC

v.

MOSTAG INTERNATIONAL, INC.,
a Pennsylvania Corporation

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

　　　　　　　Defendant(s).

Pursuant to Civil L.R. 11-3, Mark D. Schaffer, Esquire, an active member in good standing of the bar of Supreme Court of PA & USDC-ED PA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing MOSTAG INTERNATIONAL in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Harold Greenberg, Esquire
2263 S. Harvard Boulevard, Los Angeles, CA 90018 (323) 732-9536

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/6/08

_____
MARK D. SCHAFFER, ESQUIRE

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015614
Cashier ID: nudot
Transaction Date: 02/08/2008
Payer Name: Mark D. Schaffer
-----------------------------------
PRO HAC VICE
 For: Mark D. Schaffer
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 5619
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-6280-MMC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```