UNITED STATES DISTRICT COURT

Northern District of California

WIND OF TRADE, LLC, A Nevada
liability company

CASE NO. CV 07 6280MMC

Plaintiff(s),

v.

MOSTAG INERNATIONAL, INC.

Defendant(s).

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

MARK D. SCHFFER, ESQUIRE , an active member in good standing of the bar of Supreme Court of PA & USDC-ED PA whose business address and telephone number (particular court to which applicant is admitted) is

Suite 800, 1429 Walnut Street, Philadelphia, PA 19102  Telephone: (215) 561-4774

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, MOSTAG INTERNATIONAL, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District    Judge