IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, | No. C-07-6280 MMC |
| Plaintiff, | **ORDER DEFERRING RULING ON APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | |
| MOSTAG INTERNATIONAL, INC., | |
| Defendant / | |

The Court is in receipt of the Application for Admission of Attorney Pro Hac Vice, filed February 8, 2008, by Mark D. Schaffer.

In said application, Mr. Schaffer states Harold Greenberg, a member of the bar of this court, has been designated as co-counsel for defendant. A review of the record in the above action reflects no appearance to date by Mr. Greenberg.

Accordingly, the Court will defer ruling on the application for a period of ten days, pending Mr. Greenberg's appearance.

**IT IS SO ORDERED.**

Dated: February 15, 2008

MAXINE M. CHESNEY
United States District Judge