Int. Cl.: **24**

Prior U.S. Cls.: **42 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,683,417**
Registered Feb. 4, 2003

## TRADEMARK
PRINCIPAL REGISTER

### 'OVE' GLOVE

JOSEPH ENTERPRISES, INC. (CALIFORNIA CORPORATION)
425 CALIFORNIA STREET
SUITE 1300
SAN FRANCISCO, CA 94104

FOR: OVEN MITT, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 9-0-2001; IN COMMERCE 12-0-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLOVE", APART FROM THE MARK AS SHOWN.

SER. NO. 76-401,053, FILED 4-26-2002.

GENE MACIOL, EXAMINING ATTORNEY