| Document Description: **Application** | Mail / Create Date: **28-Sep-2006** |
|---|---|
| Previous Page | Next Page | You are currently on page 1 of 3 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77009941**
**Filing Date: 09/28/2006**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77009941 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT3\IMAGEOUT3 \770 \099\77009941\xml1\AP P0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | The 'OVE' GLOVE |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of Picture of oven mitt with words. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 612 x 800 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Wind of Trade LLC |
| *STREET | 3763 Howard Hughes Parkway |
| INTERNAL ADDRESS | Hughes Center, Suite 170-A |
| *CITY | Las Vegas |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 89109 |

| (Required for U.S. applicants only) | |
|---|---|
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Nevada |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 024 |
| DESCRIPTION | Oven mitt |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Mary L. Shapiro |
| ATTORNEY DOCKET NUMBER | 021466-009400US |
| FIRM NAME | Townsend and Townsend and Crew LLP |
| STREET | Two Embarcadero Center, 8th Floor |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94111-3834 |
| PHONE | (415) 576-0200 |
| FAX | (415) 576-0300 |
| EMAIL ADDRESS | mls@townsend.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Mary L. Shapiro |
| FIRM NAME | Townsend and Townsend and Crew LLP |
| STREET | Two Embarcadero Center, 8th Floor |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94111-3834 |
| PHONE | (415) 576-0200 |

| FAX | (415) 576-0300 |
|---|---|
| EMAIL ADDRESS | mls@townsend.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| * SIGNATORY FILE | \\TICRS\EXPORT3\IMAGEOUT3\770\099\77009941\xml1\APP0003.JPG |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Sep 28 18:03:12 EDT 2006 |
| TEAS STAMP | USPTO/BAS-66.54.196.226-20060928180312883497-77009941-350132a21afc5981c788e57b3afa83f57-DA-702-20060928180019851565 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77009941
Filing Date: 09/28/2006

**To the Commissioner for Trademarks:**

**MARK:** The 'OVE' GLOVE (stylized and/or with design, see mark)

The literal element of the mark consists of The 'OVE' GLOVE. The mark consists of Picture of oven mitt with words.
The applicant, Wind of Trade LLC, a corporation of Nevada, having an address of Hughes Center, Suite 170-A, 3763 Howard Hughes Parkway, Las Vegas, Nevada, United States, 89109, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 024:  Oven mitt
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Mary L. Shapiro of Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California, United States, 94111-3834 to submit this application on behalf of the applicant. The attorney docket/reference number is 021466-009400US.

  Correspondence Information: Mary L. Shapiro
                                 Two Embarcadero Center, 8th Floor
                                 San Francisco, California 94111-3834
                                 (415) 576-0200(phone)
                                 (415) 576-0300(fax)
                                 mls@townsend.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

Signatory's Signature: signatory file

RAM Sale Number: 702
RAM Accounting Date: 09/29/2006

http://tmportal.uspto.gov/external/PA_1_2_V9/OpenServletWindow?serialNumber=77009... 2/27/2008

Serial Number: 77009941
Internet Transmission Date: Thu Sep 28 18:03:12 EDT 2006
TEAS Stamp: USPTO/BAS-66.54.196.226-2006092818031288
3497-77009941-350132a21afc5981c788e57b3a
fa83f57-DA-702-20060928180019851565

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

Document Description: **Application**     Mail / Create Date: **28-Sep-2006**

Previous Page    Next Page    You are currently on page 2   of 3



TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: Please e-mail *TrademarkAssistanceCenter@uspto.gov*, or telephone either *571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving* **technical** *glitches, please e-mail* TDR@uspto.gov. *If outside of the normal business hours of the USPTO, please e-mail* Electronic Business Support, *or call 1-800-786-9199.*
- **Questions about USPTO programs**: Please e-mail USPTO Contact Center (UCC).

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

| Document Description: **Application** | Mail / Create Date: **22-Aug-2007** |

Previous Page   Next Page   You are currently on page 1 of 2   

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77262146
Filing Date: 08/22/2007

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77262146 |
| MARK INFORMATION | |
| *MARK | \\TICRS2\EXPORT13\772\621 \77262146 \xml1\APP0002.JP G |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | The 'OVE' GLOVE |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a picture of a glove using vertical lines to indicate fingernail location, horizontal lines to indicate finger lenght and palm width and blank space near the bottom containing the words "The 'Ove' Glove. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 612 x 800 |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Wind of Trade LLC |
| *STREET | 3763 Howard Hughes Parkway |
| INTERNAL ADDRESS | Hughes Center, Suite 170-A |
| *CITY | Las Vegas |
| *STATE (Required for U.S. applicants) | Nevada |

| *COUNTRY | United States |
|---|---|
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 89109 |
| **LEGAL ENTITY INFORMATION** ||
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Nevada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** ||
| *INTERNATIONAL CLASS | 024 |
| *DESCRIPTION | Oven mitt |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** ||
| NAME | Mary L. Shapiro |
| ATTORNEY DOCKET NUMBER | 021466-009600US |
| FIRM NAME | Townsend and Townsend and Crew LLP |
| STREET | Two Embarcadero Center, 8th Floor |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94111-3834 |
| PHONE | (415) 576-0200 |
| FAX | (415) 576-0300 |
| EMAIL ADDRESS | mls@townsend.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** ||
| NAME | Mary L. Shapiro |
| FIRM NAME | Townsend and Townsend and Crew LLP |
| STREET | Two Embarcadero Center, 8th Floor |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |

| ZIP/POSTAL CODE | 94111-3834 |
| --- | --- |
| PHONE | (415) 576-0200 |
| FAX | (415) 576-0300 |
| EMAIL ADDRESS | mls@townsend.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | NOT PROVIDED |
| SIGNATORY'S NAME | NOT PROVIDED |
| SIGNATORY'S POSITION | NOT PROVIDED |
| DATE SIGNED | NOT PROVIDED |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77262146
Filing Date: 08/22/2007

**To the Commissioner for Trademarks:**

**MARK:** The 'OVE' GLOVE (stylized and/or with design, see <u>mark</u>)

The literal element of the mark consists of The 'OVE' GLOVE.
The applicant is not claiming color as a feature of the mark. The mark consists of a picture of a glove using vertical lines to indicate fingernail location, horizontal lines to indicate finger lenght and palm width and blank space near the bottom containing the words "The 'Ove' Glove.
The applicant, Wind of Trade LLC, a corporation of Nevada, having an address of Hughes Center, Suite 170-A, 3763 Howard Hughes Parkway, Las Vegas, Nevada, United States, 89109, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 024:  Oven mitt
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Mary L. Shapiro of Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California, United States, 94111-3834 to submit this application on behalf of the applicant. The attorney docket/reference number is 021466-009600US.

Correspondence Information: Mary L. Shapiro
                                 Two Embarcadero Center, 8th Floor
                                 San Francisco, California 94111-3834
                                 (415) 576-0200(phone)
                                 (415) 576-0300(fax)
                                 mls@townsend.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

```
RAM Sale Number: 3016
RAM Accounting Date: 08/23/2007

Serial Number: 77262146
Internet Transmission Date: Wed Aug 22 19:04:12 EDT 2007
TEAS Stamp: USPTO/BAS-66.54.196.226-2007082219041271
3572-77262146-380a5a27bde9053ef36ad86ecd
5440c1e2-DA-3016-20070822190056514565
```

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*



TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.
- **Technical help**: For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.
- **Questions about USPTO programs**: Please e-mail USPTO Contact Center (UCC).

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*