TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
MARY L. SHAPIRO (State Bar No. 201199)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  mmgorelnik@townsend.com
        mlshapiro@townsend.com

Attorneys for Plaintiff
WIND OF TRADE LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIND OF TRADE LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOSTAG INTERNATIONAL, INC., a Pennsylvania corporation,<br><br>　　　　　Defendant. | Case No. CV 07 6280MMC<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Wind of Trade LLC ("Wind of Trade") and defendant Mostag International, Inc. ("Mostag"), stipulate to entry of this judgment that fully adjudicates all claims between them in this action.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1.　　This Court has jurisdiction over the subject matter of this action and the Parties.

2.　　Wind of Trade is the owner of the 'Ove' Glove trademark evidenced by U.S. Trademark Registration 2,683,417 for oven mitts, a copy of which is attached as Exhibit A.  Such registration is valid and in full force (hereafter the "Registered Mark").

3.　　Wind of Trade is the owner of certain design marks associated with its products, which are further evidenced by pending U.S. Trademark Application Serial Nos. 77/009,941 and 77/262,146,

1  copies of which are attached as Exhibit B (hereafter the "Design Marks"). The Design Marks are

2  valid, enforceable trademarks.

3      4.    Multiple Mostag products have advertised, promoted, and sold using the Plaintiff's

4  Registered Mark. Further, Mostag adopted a design for an oven mitt product that is identical or

5  virtually identical to Wind of Trade's Design Marks.

6      5.    Defendant has infringed Wind of Trade's rights in and to the Registered Trademark and

7  Design Marks through violation of 15 U.S.C. §§ 1114 and 1125(a) and has violated Cal. Bus. & Prof.

8  Code §§ 17200 *et seq.* and Common Law Unfair Competition.

9      6.    Defendant is without right or authority to threaten, complain of, challenge, maintain suit,

10  or interfere in any manner with Plaintiff Wind of Trade's lawful use and right to claim ownership of

11  the Registered Mark and Design Marks.

12      7.    The Plaintiff has agreed to conclude this matter as to Defendant on the terms set forth

13  herein.

14      8.    Defendant now stipulates and agrees that judgment may be entered in Plaintiff's favor for

15  each cause of action in the action. Defendant shall permanently cease and desist from participating in

16  any manner in the conduct alleged in the Complaint.

17      9.    Mostag, its owners, shareholders, principals, partners, officers, directors, employees,

18  subsidiaries, licensors, agents, executors, administrators, successors, heirs, servants and assigns, and

19  all those acting in concert or participation with it (the "Enjoined Parties"), are permanently enjoined

20  and restrained from the date hereof from using a mark, design, or any other logotype, trademark or

21  designation which is likely to be confused with the Wind of Trade's Registered Trademark or Design

22  Marks. This injunction includes, but is not limited to the product shown below.

23



24

25

26

27      10.    Defendant Mostag shall not manufacture, produce, distribute, import, accept for

28  consignment, ship, circulate, sell, offer for sale, advertise, promote or display any product bearing any

simulation, reproduction, counterfeit, copy or colorable imitation of the Registered Trademark and Design Marks and/or any other trademarks or trade dress so similar as to be likely to cause confusion, to cause mistake or to deceive.

11.    Mostag certifies that, under penalty of perjury, prior to its entry into this Consent Judgment and Permanent Injunction, it:

      a.    made and delivered to Plaintiff an accurate and complete written inventory, as of January 25, 2008, of all things, tangible or electronic, bearing the Registered Mark and/or Design Marks, or terms or marks confusingly similar thereto;

      b.    delivered to Plaintiff a complete accounting, as of January 25, 2008, of all heat resistant gloves identical or similar to the glove pictured in the Complaint; such inventory shall include all receipts of such gloves as well as disposition, whether by sale or other transfer, and the number remaining in inventory;

      c.    disclosed and delivered to Plaintiff all tangible and electronic documents relating to the aforementioned accounting including, but not limited to, all documents related to Defendant's acquisition or disposition of the gloves; and

      d.    delivered to Plaintiff all heat resistant gloves identical or similar to the glove pictured in the Complaint provided, however, that counsel for Defendant may retain two (2) such gloves for his files.

12.    Each party shall bear its own costs and attorneys' fees in connection with this action.

13.    In view of Plaintiff's concession not to seek fees and costs in this action or the available statutory damages, Defendant agrees that it will strictly adhere to this Consent Judgment and Permanent Injunction.  Defendant further agrees that upon demonstration to the Court of Defendant's violation this Consent Judgment and Permanent Injunction, which may be shown by a preponderance of evidence standard, Defendant and its principal William Pan, shall be liable to Plaintiff for:

      a.    Wind of Trade's fees and costs associated with bringing this action, including the pre-filing investigation and resolution efforts;

      b.    Wind of Trade's fees and costs associated with investigating the violation(s) of this Consent Judgment and Permanent Injunction and bringing the contempt action;

1        c.  the full measure of statutory damages available to Plaintiff for Defendant's conduct

2          giving rise to the action as well as subsequent contumacious conduct, which shall

3          not be less than $15 for each glove acquired by Defendant, excepting those

4          delivered to Plaintiff under Paragraph 11(d) herein; and

5        d.  such further equitable relief the Court may grant to give full effect to this Consent

6          Judgment and Permanent Injunction.

7  All payments shall be due within fourteen (14) days of the Court's entry of its decision on Plaintiff's

8  motion.

9      14.   Defendant's incomplete or inaccurate disclosure under Paragraph 11 shall be deemed a

10  violation of the Consent Judgment. Should the Court conclude, however, that the defect in Defendant's

11  disclosure was both immaterial and unavoidable, with Defendant bearing the burden on both elements,

12  then Plaintiff shall nevertheless be awarded its actual damages and the full measure of its fees and

13  costs to enforce the Consent Judgment and Permanent Injunction.

14      15.   It is the intention of the parties in executing this Consent Judgment that this instrument

15  shall be effective as a full and final accord and satisfaction and release of the instant action.

16      16.   The obligations imposed hereby, each of the parties hereto, for itself, and its owners,

17  shareholders, principals, partners, officers, directors, employees, subsidiaries, licensors, agents,

18  executors, administrators, successors, heirs, servants and assigns, forever releases and discharges the

19  other party hereto, and its respective owners, shareholders, principals, partners, officers, directors,

20  employees, subsidiaries, licensors, agents, executors, administrators, successors, heirs, servants and

21  assigns from any and all claims, demands, debts, liabilities, accounts, obligations, costs, expenses,

22  liens, actions, causes of action (at law, in equity, or otherwise), rights to subrogation, rights to

23  contribution, and remedies of any nature whatsoever, known or unknown, asserted or not, arising out

24  of the facts, circumstances, and transactions set forth in the Complaint filed herein.

25      17.   Each of the parties hereto represents and warrants that its execution, delivery and

26  performance of the obligations, terms and conditions herein has been duly authorized by all necessary

27  and other corporate or equivalent action, and is valid and binding upon such party.

28

18.   The parties hereto approve and agree to all the obligations, terms, provisions and findings herein, which shall be final and non-appealable.

19.   This Agreement may be executed in identical counterparts, all of which together shall constitute one and the same instrument.

20.   Except as is inconsistent with the foregoing, this action, including all claims and counterclaims, and including without limitation all claims presently known or unknown arising from the individual allegations made herein, is hereby dismissed in its entirety with prejudice, against all parties, and each party shall bear its own costs and attorneys' fees.

21.   The Court shall retain jurisdiction over this matter for the purpose of enforcing this Consent Judgment and Permanent Injunction.

Plaintiff Wind of Trade and Defendant Mostag hereby stipulate that this Consent Judgment and Permanent Injunction may be entered as a Final Judgment in this action.

**IT IS SO STIPULATED:**

Dated: _Feb 22._____, 2008.          Dated: _Feb. 11. 2008___, 2008.

WIND OF TRADE LLC                       MOSTAG INTERNATIONAL, INC.

By: _____            By: _____
Name:  Jean Camille Raymond            Name:  William Pan, Individually and for Mostag
Title:   General Manager               International, Inc.
                                       Title:  Manager

1

2  Dated: _____2 /27/08_____, 2008.        Dated: _____2/11_____, 2008.

3

4  TOWNSEND AND TOWNSEND AND        LAW OFFICES OF MARK D. SCHAFFER
   CREW LLP

5

6  By: _____        By: _____ Pro Hac Vice
   Marc M. Gorelnik                    Mark D. Shaeffer, Esq.

7  Mary L. Shapiro                     1429 Walnut Street
   Two Embarcadero Center, 8th Floor   Philadelphia, PA  19102-3209

8  San Francisco, California  94111    Telephone:  (215) 561-4774
   Telephone:  (415) 576-0200          Facsimile:  (215) 561-4782

9  Facsimile:  (415) 576-0300

10
   *Attorneys for Plaintiff*             *Attorneys for Defendant*
11  *Wind of Trade LLC*                  *Mostag International, Inc.*

12

13         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14
   Dated: __February 29__, 2008
15                                     _____
                                       HON. MAXINE M. CHESNEY
16                                     Judge, United States District Court

17  61242114 v2

18

19

20

21

22

23

24

25

26

27

28

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,683,417
Registered Feb. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

### 'OVE' GLOVE

JOSEPH ENTERPRISES, INC. (CALIFORNIA CORPORATION)
425 CALIFORNIA STREET
SUITE 1300
SAN FRANCISCO, CA 94104

    FOR: OVEN MITT, IN CLASS 24 (U.S. CLS. 42 AND 50).

    FIRST USE 9-0-2001; IN COMMERCE 12-0-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLOVE" , APART FROM THE MARK AS SHOWN.

    SER. NO. 76-401,053, FILED 4-26-2002.

GENE MACIOL, EXAMINING ATTORNEY

EXHIBIT A

Document Description: **Application**      Mail / Create Date: **28-Sep-2006**

Previous Page | Next Page | You are currently on page 1    of 3

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77009941
### Filing Date: 09/28/2006

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77009941 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT3\IMAGEOUT3 \770 \099\77009941\xml1\AP P0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | The 'OVE' GLOVE |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of Picture of oven mitt with words. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 612 x 800 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Wind of Trade LLC |
| *STREET | 3763 Howard Hughes Parkway |
| INTERNAL ADDRESS | Hughes Center, Suite 170-A |
| *CITY | Las Vegas |
| *STATE (Required for U.S. applicants) | Nevada |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 89109 |

**EXHIBIT B**

| | |
|---|---|
| (Required for U.S. applicants only) | |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Nevada |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 024 |
| DESCRIPTION | Oven mitt |
| FILING BASIS | SECTION 1(b) |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Mary L. Shapiro |
| ATTORNEY DOCKET NUMBER | 021466-009400US |
| FIRM NAME | Townsend and Townsend and Crew LLP |
| STREET | Two Embarcadero Center, 8th Floor |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94111-3834 |
| PHONE | (415) 576-0200 |
| FAX | (415) 576-0300 |
| EMAIL ADDRESS | mls@townsend.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Mary L. Shapiro |
| FIRM NAME | Townsend and Townsend and Crew LLP |
| STREET | Two Embarcadero Center, 8th Floor |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94111-3834 |
| PHONE | (415) 576-0200 |

| | |
|---|---|
| FAX | (415) 576-0300 |
| EMAIL ADDRESS | mls@townsend.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| * SIGNATORY FILE | \\TICRS\EXPORT3\IMAGEOUT3\770\099\77009941\xml1\APP0003.JPG |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Sep 28 18:03:12 EDT 2006 |
| TEAS STAMP | USPTO/BAS-66.54.196.226-2 0060928180312883497-77009 941-350132a21afc5981c788e 57b3afa83f57-DA-702-20060 928180019851565 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77009941
### Filing Date: 09/28/2006

## To the Commissioner for Trademarks:

**MARK:** The 'OVE' GLOVE (stylized and/or with design, see <u>mark</u>)

The literal element of the mark consists of The 'OVE' GLOVE. The mark consists of Picture of oven mitt with words.

The applicant, Wind of Trade LLC, a corporation of Nevada, having an address of Hughes Center, Suite 170-A, 3763 Howard Hughes Parkway, Las Vegas, Nevada, United States, 89109, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 024:  Oven mitt

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Mary L. Shapiro of Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California, United States, 94111-3834 to submit this application on behalf of the applicant. The attorney docket/reference number is 021466-009400US.

Correspondence Information: Mary L. Shapiro
                                Two Embarcadero Center, 8th Floor
                                San Francisco, California 94111-3834
                                (415) 576-0200(phone)
                                (415) 576-0300(fax)
                                mls@townsend.com (authorized)

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

Signatory's Signature: <u>signatory file</u>

RAM Sale Number: 702
RAM Accounting Date: 09/29/2006

Serial Number: 77009941
Internet Transmission Date: Thu Sep 28 18:03:12 EDT 2006
TEAS Stamp: USPTO/BAS-66.54.196.226-2006092818031288
3497-77009941-350132a21afc5981c788e57b3a
fa83f57-DA-702-20060928180019851565

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or
save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- ***General trademark information****: Please e-mail* TrademarkAssistanceCenter@uspto.gov*, or
  telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help****: For instructions on how to use TDR, or help in resolving **technical** glitches,
  please e-mail* TDR@uspto.gov*. If outside of the normal business hours of the USPTO, please e-
  mail* Electronic Business Support*, or call 1-800-786-9199.*
- ***Questions about USPTO programs****: Please e-mail* USPTO Contact Center (UCC)*.*

***NOTE****: Within any e-mail, please include your telephone number so we can talk to you directly, if
necessary. Also, include the relevant serial number or registration number, if existing.*

Document Description: **Application**        Mail / Create Date: **28-Sep-2006**

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail* TrademarkAssistanceCenter@uspto.gov, *or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail* TDR@uspto.gov. *If outside of the normal business hours of the USPTO, please e-mail* Electronic Business Support, *or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail* USPTO Contact Center (UCC).

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*


Document Description: **Application**        Mail / Create Date: **22-Aug-2007**

| Previous Page | Next Page | You are currently on page 1 of 2 | |
|---|---|---|---|

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77262146
### Filing Date: 08/22/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77262146 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS2\EXPORT13\772\621 \77262146 \xml1\APP0002.JP G |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | The 'OVE' GLOVE |
| **COLOR MARK** | NO |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a picture of a glove using vertical lines to indicate fingernail location, horizontal lines to indicate finger lenght and palm width and blank space near the bottom containing the words "The 'Ove' Glove. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 612 x 800 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Wind of Trade LLC |
| *STREET | 3763 Howard Hughes Parkway |
| **INTERNAL ADDRESS** | Hughes Center, Suite 170-A |
| *CITY | Las Vegas |
| *STATE (Required for U.S. applicants) | Nevada |

| | |
|---|---|
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE**<br>(Required for U.S. applicants only) | 89109 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | CORPORATION |
| **STATE/COUNTRY OF INCORPORATION** | Nevada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 024 |
| **\*DESCRIPTION** | Oven mitt |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Mary L. Shapiro |
| **ATTORNEY DOCKET NUMBER** | 021466-009600US |
| **FIRM NAME** | Townsend and Townsend and Crew LLP |
| **STREET** | Two Embarcadero Center, 8th Floor |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 94111-3834 |
| **PHONE** | (415) 576-0200 |
| **FAX** | (415) 576-0300 |
| **EMAIL ADDRESS** | mls@townsend.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Mary L. Shapiro |
| **FIRM NAME** | Townsend and Townsend and Crew LLP |
| **STREET** | Two Embarcadero Center, 8th Floor |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY** | United States |

| ZIP/POSTAL CODE | 94111-3834 |
|---|---|
| PHONE | (415) 576-0200 |
| FAX | (415) 576-0300 |
| EMAIL ADDRESS | mls@townsend.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| SIGNATURE INFORMATION | |
| SIGNATURE | NOT PROVIDED |
| SIGNATORY'S NAME | NOT PROVIDED |
| SIGNATORY'S POSITION | NOT PROVIDED |
| DATE SIGNED | NOT PROVIDED |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77262146
### Filing Date: 08/22/2007

## To the Commissioner for Trademarks:

**MARK:** The 'OVE' GLOVE (stylized and/or with design, see <u>mark</u>)

The literal element of the mark consists of The 'OVE' GLOVE.
The applicant is not claiming color as a feature of the mark. The mark consists of a picture of a glove using vertical lines to indicate fingernail location, horizontal lines to indicate finger lenght and palm width and blank space near the bottom containing the words "The 'Ove' Glove.
The applicant, Wind of Trade LLC, a corporation of Nevada, having an address of Hughes Center, Suite 170-A, 3763 Howard Hughes Parkway, Las Vegas, Nevada, United States, 89109, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 024:  Oven mitt
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Mary L. Shapiro of Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California, United States, 94111-3834 to submit this application on behalf of the applicant. The attorney docket/reference number is 021466-009600US.

Correspondence Information: Mary L. Shapiro
                      Two Embarcadero Center, 8th Floor
                      San Francisco, California 94111-3834
                      (415) 576-0200(phone)
                      (415) 576-0300(fax)
                      mls@townsend.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

```
RAM Sale Number: 3016
RAM Accounting Date: 08/23/2007

Serial Number: 77262146
Internet Transmission Date: Wed Aug 22 19:04:12 EDT 2007
TEAS Stamp: USPTO/BAS-66.54.196.226-2007082219041271
3572-77262146-380a5a27bde9053ef36ad86ecd
5440c1e2-DA-3016-20070822190056514565
```

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

Document Description: **Application**        Mail / Create Date: **22-Aug-2007**

Previous Page        Next Page        You are currently on page  2        of  2



<u>TDR Home</u>

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [<u>required PDF viewer</u>]
<u>FAQ: Are you seeing only the first page of this PDF document?</u>

*If you need help:*

- **General trademark information**: *Please e-mail <u>TrademarkAssistanceCenter@uspto.gov</u>, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail <u>TDR@uspto.gov</u>. If outside of the normal business hours of the USPTO, please e-mail <u>Electronic Business Support</u>, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail <u>USPTO Contact Center (UCC)</u>.*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*